1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   NORTH COAST RIVERS ALLIANCE,          No.  2:12-cv-00001-MCE-GGH
     ET AL.,                               No.  1:16-cv-00307-LJO-EPG
12                                         No.  1:16-cv-01303-LJO-MJS
                   Plaintiffs,
13
             v.
14
     KENNETH SALAZAR, ET AL,               **NON-RELATED CASE ORDER**
15
                   Defendants.
16

17
             The Court has received the Notice of Related Cases filed on April 7, 2016 (ECF
18
     No. 17).  See Local Rule 123, E.D. Cal. (1997).  The Court has determined, however,
19
     that it is inappropriate to relate or reassign the cases, and therefore declines to do so.
20
             This order is issued for informational purposes only, and shall have no effect on
21
     the status of the cases, including any previous Related (or Non-Related) Case Order of
22
     this Court.
23
             IT IS SO ORDERED.
24
     DATED:  April 25, 2016
25
26
                                           _____
                                           MORRISON C. ENGLAND, JR. CHIEF JUDGE
27                                         UNITED STATES DISTRICT COURT
28
                                      1