UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, and UNITED STATES BUREAU OF RECLAMATION,<br><br>Defendants. | CASE NO. 1:16-cv-00307-LJO-MJS<br><br>**ORDER GRANTING FEDERAL DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>JUDGE LAWRENCE J. O'NEILL<br>MAGISTRATE JUDGE M. SENG |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 144, the United States Department of the Interior and the United States Bureau of Reclamation ("Federal Defendants"), moved to extend the deadline for answering or otherwise responding to the Complaint to July 8, 2016. This is Federal Defendants' first request for an extension. Good cause appearing, the Motion is **GRANTED**. It is therefore

**ORDERED** that Federal Defendants shall file an answer or otherwise respond to the Complaint on or before July 8, 2016.

IT IS SO ORDERED.

Dated: May 5, 2016             /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE

1:16-cv-00307-LJO-MJS    1
Order