JOHN C. CRUDEN, Assistant Attorney General
JOSEPH H. KIM, Trial Attorney
JUDITH E. COLEMAN, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-3553
joseph.kim@usdoj.gov
judith.coleman@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, and UNITED STATES BUREAU OF RECLAMATION,<br><br>Defendants,<br><br>and<br><br>WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT, and PANOCHE WATER DISTRICT,<br><br>Intervenor-Defendants. | CASE NO. 1:16-cv-00307-LJO-MJS<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**<br><br>CHIEF JUDGE LAWRENCE J. O'NEILL<br>MAGISTRATE JUDGE M. SENG |

COME NOW, Plaintiffs North Coast Rivers Alliance, California Sportfishing Protection Alliance, Pacific Coast Federation of Fishermen's Associations, San Francisco Crab Boat Owners Association, Inc., and Institute for Fisheries Resources (Plaintiffs); United States Department of the

Interior and the United States Bureau of Reclamation (Federal Defendants); and Intervenors Westlands Water District, San Luis Water District, and Panoche Water District (Intervenor-Defendants), through undersigned counsel, do jointly stipulate that the previous deadline set by the Court for answering or otherwise responding to the Complaint be continued from July 8, 2016, to August 8, 2016.  This the second requested extension of this deadline.  To support the requested extension, the Parties state as follows:

   1.   This case is related to Pacific Coast Federation of Fishermen's Associations, et al. v. United States Department of the Interior, et al., Case No. 12-CV-01303-LJO-MJS (PCFFA).  (Doc. 10).  The two Plaintiffs in PCFFA are Plaintiffs in this action.  On March 28, 2016, a panel of the United States Court of Appeals for the Ninth Circuit issued a memorandum decision in PCFFA that affirmed in part, reversed in part, and remanded the judgment previously this Court had entered for Defendants.  See 9th Cir. Case No. 14-15514, 2016 WL 1179953.

   2.   On May 3, Federal Defendants moved to extend the time to respond to the Complaint to July 8 because at that time it was unknown whether Plaintiffs would petition the Ninth Circuit for rehearing or rehearing en banc in PCFFA.  (Doc. 15).  This Court granted the Motion.  (Doc. 16).

   3.   On May 4, Plaintiffs filed a petition for rehearing of the PCFFA decision en banc. (9th Cir. No. 14-15514, Dkt. 56-1).  Although the panel had partially reversed this Court's judgment for Defendants on one of Plaintiffs' theories, Plaintiffs' petition contends that the panel's rulings affirming the judgment on two of their other theories are in conflict with Ninth Circuit law.   These issues involved the no-action alternative and geographic scope of the environmental analysis prepared by Federal Defendants that is similar to the analysis at issue in this case.

   4.   On June 9, the Ninth Circuit ordered Defendants in PCFFA to file responses "addressing only Part III-A (pp. 7-13) of the petition (the no-action alternative issue)."  (Dkt. 59). The Court ordered the responses to be filed by June 30.

   5.   The Ninth Circuit's disposition of PCFFA could affect the litigation and/or any negotiated resolution of the litigation in this action.  Federal Defendants have moved to stay proceedings in this case pending resolution of the Ninth Circuit proceedings in PCFFA.  (Doc. 23). Plaintiffs oppose the motion, which is calendared for hearing on August 12.

6. The Parties agree an extension of the time to answer or otherwise respond to the complaint by 30 days, effectively to Monday, August 8, 2016, is appropriate in the absence of a stay.

7. Federal Defendants and Intervenor-Defendants shall therefore have to August 8, 2016, to file answers or otherwise respond to Plaintiffs' Complaint.

Respectfully submitted,

DATED:  July 1, 2016

JOHN C. CRUDEN, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/  *Judith E. Coleman*
JUDITH E. COLEMAN
JOSEPH H. KIM
UNITED STATES DEPARTMENT OF JUSTICE

Attorneys for Federal Defendants
UNITED STATES DEPARTMENT OF THE INTERIOR and UNITED STATES BUREAU OF RECLAMATION

/s/  *Cynthia J. Larsen* (with authorization)
CYNTHIA J. LARSEN
MARTIN RUANO
ORRICK, HERRINGTON & SUTCLIFFE LLP

Attorneys for Intervenor-Defendants
WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT and PANOCHE WATER DISTRICT

/s/  *Stephan C. Volker* (with authorization)
STEPHAN C. VOLKER
ALEXIS E. KRIEG
DANIEL GARRETT-STEINMAN
LAW OFFICES OF STEPHAN VOLKER

Attorneys for Plaintiffs

NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES

**ORDER**

Good cause appearing, the proposed Stipulation to extend time to respond to the complaint in Case No. 1:16-cv-00307-LJO-MJS is hereby approved and adopted as the Order of the Court.

IT IS SO ORDERED.

Dated:   July 1, 2016                                /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE