STEPHAN C. VOLKER (CBN 63093)
ALEXIS E. KRIEG (CBN 254548)
LAW OFFICES OF STEPHAN C. VOLKER
1633 University Avenue
Berkeley, California 94703
Tel:    510/496-0600
Fax:   510/845-1255

Attorneys for Plaintiffs NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, and UNITED STATES BUREAU OF RECLAMATION,<br><br>Defendants,<br>WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT, and PANOCHE WATER DISTRICT,<br><br>Intervenor-Defendants. | Civ. No. 16-cv-307-LJO-MJS<br><br>**STIPULATION MODIFYING BRIEFING SCHEDULE AND ORDER**<br><br>Chief Judge Lawrence J. O'Neill<br><br>Magistrate Judge Michael J. Seng |

COME NOW, North Coast Rivers Alliance, California Sportfishing Protection Alliance, Pacific Coast Federation of Fishermen's Associations, San Francisco Crab Boat Owners Association, Inc., and Institute for Fisheries Resources ("Plaintiffs"); United States Department of the Interior and the United States Bureau of Reclamation ("Defendants"); and intervenors Westlands Water District, San Luis Water District, and Panoche Water District ("Defendant-

Intervenors"), through undersigned counsel, do jointly stipulate that the previous briefing schedule ordered by this Court in its March 18, 2018, Scheduling Order (Dkt. No. 80), be modified as follows:

Plaintiffs' summary judgment motion shall be filed by May 29, 2018.

Defendants' and Defendant-Intervenors' cross-motions for summary judgment and oppositions to Plaintiffs' summary judgment motion shall be filed by July 19, 2018.

Plaintiffs' opposition to Defendant-Intervenor's and Defendants' cross-motions for summary judgment and reply in support of Plaintiffs' motion for summary judgment shall be filed by August 16, 2018.

Defendants' and Defendants-Intervenors' replies to plaintiffs' opposition shall be filed by September 13, 2018.

The hearing on the Cross-Motions for Summary Judgment shall be set for hearing before the Honorable Lawrence J. O'Neill in Courtroom 4, Fresno, at 8:30 AM, October 25, 2018.

Dated: April 9, 2018

Respectfully submitted,

LAW OFFICES OF STEPHAN C. VOLKER

*/s/ Stephan C. Volker*
STEPHAN C. VOLKER
Attorney for Plaintiffs
NORTH COAST RIVERS ALLIANCE, et al.

Dated: April 9, 2018

UNITED STATES DEPARTMENT OF JUSTICE

*/s/ Judith E. Coleman*
JUDITH E. COLEMAN
Attorneys for Federal Defendants

Dated: April 9, 2018

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Cynthia J. Larsen*
CYNTHIA J. LARSEN
Attorneys for Defendant-Intervenors
WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT, and PANOCHE WATER DISTRICT

# ORDER

The stipulated modification to the briefing schedule is APPROVED.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: __**April 10, 2018**__  __/s/ Lawrence J. O'Neill__
UNITED STATES CHIEF DISTRICT JUDGE