JEFFREY H. WOOD, Acting Assistant Attorney General
JUDITH E. COLEMAN, Trial Attorney
JOSEPH H. KIM, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-3553
judith.coleman@usdoj.gov
joseph.kim@usdoj.gov

Attorneys for the Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL., <br><br> Defendants, <br><br> and <br><br> WESTLANDS WATER DISTRICT, ET AL., <br><br> Intervenor-Defendants. | CASE NO. 1:16-cv-00307-LJO-SKO <br><br> **STIPULATION AND ORDER REGARDING SUMMARY JUDGMENT BRIEFING DEADLINES** <br><br> Hearing Date: October 25, 2018 <br><br> CHIEF JUDGE LAWRENCE J. O'NEILL <br> MAGISTRATE JUDGE S. OBERTO |

COME NOW, Plaintiffs North Coast Rivers Alliance, California Sportfishing Protection Alliance, Pacific Coast Federation of Fishermen's Associations, San Francisco Crab Boat Owners Association, Inc., and Institute for Fisheries Resources (Plaintiffs); United States Department of the Interior and the United States Bureau of Reclamation (Federal Defendants); and Intervenors Westlands Water District, San Luis Water District, and Panoche Water District (Intervenors), through undersigned counsel, do jointly stipulate that the previous deadlines set by the Court for briefing on the parties' motions for summary judgment (Doc. 83) be continued as follows:

| | Current Deadline | **Stipulated Deadline** |
|---|---|---|
| Defendants' and Intervenors' Cross-Motions for Summary Judgment and Oppositions to Plaintiffs' Motion for Summary Judgment | ~~July 19, 2018~~ | **July 26, 2018** |
| Plaintiffs' Reply/Opposition to Defendants' and Intervenor' Cross-Motions | ~~August 16, 2018~~ | **August 30, 2018** |
| Defendants' and Intervenors' Replies | ~~September 19, 2018~~ | **October 4, 2018** |

The parties have stipulated to these amendments at the request of Defendants for a seven-day continuance of their deadline to file their combined Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment in order to enable adequate time for internal review of the draft brief in light of unforeseen scheduling conflicts. Intervenors request a corresponding continuance of their deadline.

The parties have stipulated to continue the deadline for Plaintiffs' Reply and Opposition to August 30, to account for the extension of Defendants' and Intervenors' deadlines. Defendants' and Intervenors' deadline to file replies would then be extended to October 4.

The parties do not propose a change to currently scheduled hearing date of October 25, 2018.

Respectfully submitted,

DATED: July 11, 2018

JEFFREY H. WOOD, Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/ *Judith E. Coleman*
JUDITH E. COLEMAN
JOSEPH H. KIM
UNITED STATES DEPARTMENT OF JUSTICE

Attorneys for Federal Defendants
UNITED STATES DEPARTMENT OF THE INTERIOR and UNITED STATES BUREAU OF RECLAMATION

/s/ *Cynthia J. Larsen* (with authorization)
CYNTHIA J. LARSEN
ORRICK, HERRINGTON & SUTCLIFFE LLP

Attorneys for Intervenors
WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT and PANOCHE WATER DISTRICT


/s/ *Stephan C. Volker* (with authorization)
STEPHAN C. VOLKER
ALEXIS E. KRIEG
DANIEL GARRETT-STEINMAN
LAW OFFICES OF STEPHAN VOLKER

Attorneys for Plaintiffs
NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES

**ORDER**

The stipulation is approved.

IT IS SO ORDERED.

Dated: __**July 13, 2018**__          __/s/ Lawrence J. O'Neill__
                                      UNITED STATES CHIEF DISTRICT JUDGE