STEPHAN C. VOLKER (CBN 63093)
ALEXIS E. KRIEG (CBN 254548)
STEPHANIE L. CLARKE (CBN 257961)
LAW OFFICES OF STEPHAN C. VOLKER
1633 University Avenue
Berkeley, California 94703
Tel:     510/496-0600
Fax:    510/845-1255
Email:  svolker@volkerlaw.com

Attorneys for Plaintiffs NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, and UNITED STATES BUREAU OF RECLAMATION, <br><br> Defendants, <br><br> WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT, and PANOCHE WATER DISTRICT, <br><br> Intervenor-Defendants. | Civ. No. 16-cv-307-LJO-SKO <br><br> **STIPULATION AND ORDER** <br><br><br> Chief Judge Lawrence J. O'Neill <br><br> Magistrate Judge Sheila K. Oberto |

COME NOW, North Coast Rivers Alliance, California Sportfishing Protection Alliance, Pacific Coast Federation of Fishermen's Associations, San Francisco Crab Boat Owners Association, Inc., and Institute for Fisheries Resources ("Plaintiffs"); United States Department of the Interior and the United States Bureau of Reclamation ("Defendants"); and intervenors

1 | Westlands Water District, San Luis Water District, and Panoche Water District ("Defendant-
2 | Intervenors"), through undersigned counsel, and hereby jointly stipulate and request, as
3 | previously requested in the Parties' Joint Scheduling Conference Report filed August 17, 2017
4 | at 6:6-8, and based on the parties' agreement, that this Court's review will be limited to the
5 | administrative record, and that the Court order that the "Statements of Undisputed Facts"
6 | otherwise required by L.R. 260(a), (b) not be required.

Dated: July 24, 2018                Respectfully submitted,

LAW OFFICES OF STEPHAN C. VOLKER

*/s/ Stephan C. Volker*
STEPHAN C. VOLKER
Attorney for Plaintiffs
NORTH COAST RIVERS ALLIANCE, et al.

Dated: July 24, 2018                UNITED STATES DEPARTMENT OF JUSTICE

*/s/ Judith E. Coleman*
JUDITH E. COLEMAN
Attorneys for Federal Defendants

Dated: July 24, 2018                ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Cynthia J. Larsen*
CYNTHIA J. LARSEN
Attorneys for Defendant-Intervenors
WESTLANDS WATER DISTRICT, SAN LUIS
WATER DISTRICT, and PANOCHE WATER
DISTRICT

## ORDER

Good cause appearing, the foregoing stipulation is approved.

IT IS SO ORDERED.

Dated:   **July 26, 2018**                **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE