CYNTHIA J. LARSEN (SBN 123994)
clarsen@orrick.com
JUSTIN GIOVANNETTONE (SBN 293794)
jgiovannettone@orrick.com
MARK C. SMITH (SBN 319003)
mark.smith@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:     +1 916 447 9200
Facsimile:      +1 916 329 4900

*Attorneys for Intervenors*
*Westlands Water District, San Luis Water District,*
*And Panoche Water District*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES, ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, and UNITED STATES BUREAU OF RECLAMATION, ,<br><br>Defendants,<br><br>and<br><br>WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT, and PANOCHE WATER DISTRICT<br><br>Intervenor-Defendants. | Case No. 1:16-cv-00307-DAD-SKO<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT**<br><br>**(Doc. 128)**<br><br>DISTRICT JUDGE DALE A. DROZD<br>MAGISTRATE JUDGE SHEILA K. OBERTO |

Pursuant to Local Rule 144(a), Plaintiffs North Coast Rivers Alliance, California Sportfishing Protection Alliance, Pacific Coast Federation of Fishermen's Associations, San Francisco Crab Boat Owners Association, Inc., and Institute for Fisheries Resources ("Plaintiffs"); United States Department of the Interior and the United States Bureau of Reclamation ("Federal Defendants"); and Intervenor Defendants Westlands Water District, San Luis Water District, and Panoche Water District ("Intervenors"), through undersigned counsel, do jointly stipulate to (1) an extension of time of 28 days for Federal Defendants and Intervenors to respond or move with respect to Plaintiffs' Second Amended and Supplemental Complaint ("SASC") from September 9, 2020, up to and including October 7, 2020, and (2) a reciprocal extension of time of 28 days for Plaintiffs to respond to any motions filed by Federal Defendants and Intervenors with respect to Plaintiffs' SASC. This is the first requested extension of time to respond to the SASC.

Respectfully submitted,

Dated: September 4, 2020   ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/   Cynthia J. Larsen*
CYNTHIA J. LARSEN

Attorneys for Defendant-Intervenors
WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT, and PANOCHE WATER DISTRICT

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: September 4, 2020 | LAW OFFICES OF STEPHAN C. VOLKER |
| | *Stephan C. Volker* |
| | STEPHAN C. VOLKER |
| | |
| | Attorney for Plaintiffs |
| | NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION and INSTITUTE FOR FISHERIES RESOURCES |
| Dated: September 4, 2020 | UNITED STATES DEPARTMENT OF JUSTICE |
| | *Jeffrey Candrian* |
| | JEFFREY N. CANDRIAN (CO BN 43839) ENVIRONMENTAL AND NATURAL RESOURCES DIVISION NATURAL RESOURCES SECTION JEAN E. WILLIAMS DEPUTY ASSISTANT ATTORNEY GENERAL ENVIRONMENT AND NATURAL RESOURCES DIVISION |
| | Attorneys for FEDERAL DEFENDANTS |

**ORDER**

Pursuant to the parties' above-stipulation (Doc. 128), it is ORDERED that: (1) United States Department of the Interior and the United States Bureau of Reclamation ("Federal Defendants") and Intervenor Defendants Westlands Water District, San Luis Water District, and Panoche Water District ("Intervenors") SHALL respond or move with respect to Plaintiffs North Coast Rivers Alliance, California Sportfishing Protection Alliance, Pacific Coast Federation of Fishermen's Associations, San Francisco Crab Boat Owners Association, Inc., and Institute for Fisheries Resources ("Plaintiffs'") Second Amended and Supplemental Complaint ("SASC") by no later than October 7, 2020; and (2) the time for Plaintiffs to respond to any motions filed by Federal

Defendants and Intervenors with respect to Plaintiffs' SASC is ENLARGED by twenty-eight (28) days.

IT IS SO ORDERED.

Dated:   **September 8, 2020**                             /s/ *Sheila K. Oberto*
                                                                            UNITED STATES MAGISTRATE JUDGE