JEAN E. WILLIAMS, Deputy Assistant Attorney General
JEFFREY N. CANDRIAN, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Bar No. 43839 (Colorado)
999 18th St. S. Terrace #370
Denver, CO 80202
jeffrey.candrian@usdoj.gov
Telephone: (303) 844-1382
Fax: (303) 844-1350
Attorney for Defendants U.S. Department of Interior,
Bureau of Reclamation

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL., <br><br> Defendants, <br><br> and <br><br> WESTLANDS WATER DISTRICT, ET AL., <br><br> Intervenor-Defendants. | CASE NO. 1:16-cv-00307-DAD-SKO <br><br> **FEDERAL DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST CLAIM** <br><br> DISTRICT JUDGE DALE A. DROZD <br> MAGISTRATE JUDGE S. OBERTO |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on December 15, 2020, at 9:30 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Dale A. Drozd, located in the United States District Court for the Eastern District of California, Fresno Division, Federal Defendants will and hereby do move to dismiss Plaintiffs' first claim in their Second Amended and Supplement Complaint for Declaratory and Injunctive Relief (ECF No. 127) under Rule 12(b)(1). This motion is based on this Notice of Motion, the Memorandum of Points and Authorities in support of this

motion, all pleadings, files and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented or considered by the Court prior to its ruling. Federal Defendants do not request oral argument and believe the motion can be decided on the papers. If the motion is heard, Federal Defendants estimate that approximately one hour will be required for the hearing.

**CERTIFICATION OF MEET AND CONFER EFFORTS**

Federal Defendants contacted counsel for Plaintiffs on October 6, 2020, to confer regarding this motion. Federal Defendants also sent Plaintiffs a copy of the motion on October 6. Plaintiffs responded that, after reviewing the motion, they will not be able to reach agreement on the merits of Federal Defendants' motion. Meet and confer efforts have been exhausted.

DATED: October 7, 2020.

                                  Respectfully submitted,

                                  JEAN E. WILLIAMS, Deputy Assistant Attorney General
                                  United States Department of Justice
                                  Environment & Natural Resources Division

                                  /s/ *Jeffrey N. Candrian*
                                  JEFFREY N. CANDRIAN, Trial Attorney
                                  Attorney for the U.S. Department of the Interior, U.S. Bureau of Reclamation

## CERTIFICATE OF SERVICE

    I hereby certify that on October 7, 2020, I electronically filed the **FEDERAL DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST CLAIM** with the Clerk of Court using the ECF system, which automatically will send email notification to the attorneys of record.

                                        */s/ Jeffrey N. Candrian*
                                        JEFFREY N. CANDRIAN