1   CYNTHIA J. LARSEN (SBN 123994)
    clarsen@orrick.com
2   JUSTIN GIOVANNETTONE (SBN 293794)
    jgiovannettone@orrick.com
3   MARK C. SMITH (SBN 319003)
    mark.smith@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    400 Capitol Mall, Suite 3000
5   Sacramento, CA  95814-4497
    Telephone:     +1 916 447 9200
6   Facsimile:     +1 916 329 4900

7   Attorneys for Intervenor-Defendant
    Westlands Water District
8
    *Additional Counsel on Next Page*
9

10              IN THE UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12

13                         FRESNO DIVISION

14

15  NORTH COAST RIVERS ALLIANCE,          Case No. 1:16-cv-00307-DAD-SKO
    CALIFORNIA SPORTFISHING
16  PROTECTION ALLIANCE, PACIFIC          **NOTICE OF MOTION AND MOTION**
    COAST FEDERATION OF FISHERMEN'S       **OF INTERVENOR-DEFENDANTS**
17  ASSOCIATIONS, SAN FRANCISCO CRAB      **WESTLANDS WATER DISTRICT, SAN**
    BOAT OWNERS ASSOCIATION, INC., and    **LUIS WATER DISTRICT AND**
18  INSTITUTE FOR FISHERIES RESOURCES,    **PANOCHE WATER DISTRICT TO**
                                          **DISMISS PLAINTIFFS' SECOND**
19              Plaintiffs,               **AMENDED AND SUPPLEMENTAL**
                                          **COMPLAINT**
20          v.
                                          Date:        December 15, 2020
21  UNITED STATES DEPARTMENT OF THE       Time:        9:30 a.m.
    INTERIOR, and UNITED STATES BUREAU    Courtroom: 5
22  OF RECLAMATION,                       Judge:       Hon. Dale A. Drozd

23              Defendants.               Trial Date: None
                                          Date Action Filed: March 4, 2016
24          And

25  WESTLANDS WATER DISTRICT, SAN LUIS
    WATER DISTRICT, and PANOCHE WATER
26  DISTRICT,

27              Intervenor-Defendants.

28

1    THOMAS M. BERLINER (SBN 83256)
     tmberliner@duanemorris.com
2    DUANE MORRIS LLP
     Spear Tower
3    One Market Plaza, Suite 2200
     San Francisco, CA 94105-1127
4    Telephone:      +1 415 957 3333
     Facsimile:      +1 415 520 5835
5
     *Attorney for Intervenor-Defendant*
6    *San Luis Water District*

7    PHILIP A. WILLIAMS (SBN 296683)
     pwilliams@weltyweaver.com
8    WELTY WEAVER & CURRIE
     141 North Street, Ste A
9    Healdsburg, CA 95448-3821
     Telephone:      + 707 433 4842
10   Facsimile:      + 707 473 9778

11   *Attorney for Intervenor-Defendant*
     *Panoche Water District*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

CASE NO. 1:16-CV-00307-DAD-SKO
NOTICE OF MOT & MOT OF INTERVENOR-DFTS
TO DISMISS PLTS' SECOND AMENDED AND
SUPPLEMENTAL COMPLAINT

TO THE COURT AND ALL PARTIES HEREIN:

YOU ARE HEREBY GIVEN NOTICE THAT the Intervenor-Defendants Westlands Water District ("Westlands"), San Luis Water District ("San Luis"), and Panoche Water District ("Panoche") (collectively the "San Luis Unit Contractors") will and hereby do move for dismissal of Plaintiffs North Coast Rivers Alliance, California Sportfishing Protection Alliance et al.'s ("Plaintiffs") Second Amended and Supplemental Complaint ("SASC") [ECF No. 127]. This Motion is made pursuant to Federal Rules of Civil Procedure 12(b)(1) on the ground that Plaintiffs' First Claim for Relief is moot and pursuant to Federal Rules of Civil Procedure 12(b)(7) on the ground that failure to join required parties under Federal Rule of Civil Procedure 19 mandates dismissal of Plaintiffs' Second through Fifth Claims for Relief.

This motion is based on this notice, the accompanying memorandum in support of this motion, and the pleadings, records and files in this action and such other matters as the Court may consider.

The undersigned counsel, Cynthia J. Larsen, certifies that pursuant to this Court's Standing Order, she discussed this matter with counsel for Plaintiffs, as well as counsel for Defendants Department of the Interior and United States Bureau of Reclamation and was not able to reach an agreement with counsel for Plaintiffs that would obviate the need for this Motion.

////
////
////
////
////
////
////
////
////
////

Dated: October 7, 2020

CYNTHIA J. LARSEN
JUSTIN GIOVANNETTONE
MARK C. SMITH
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____/s/ Cynthia J. Larsen_____
CYNTHIA J. LARSEN
Attorneys for Intervenor-Defendant
Westlands Water District

THOMAS M. BERLINER
DUANE MORRIS LLP


By: _____/s/ Thomas M. Berliner_____
THOMAS M. BERLINER
Attorney for Intervenor-Defendant
San Luis District

PHILIP A. WILLIAMS
WELTY WEAVER & CURRIE


By: _____/s/ Philip A. Williams_____
PHILIP A. WILLIAMS
Attorney for Intervenor-Defendant
Panoche Water District

4150-8168-9894

-4-