1  CYNTHIA J. LARSEN (SBN 123994)
   clarsen@orrick.com
2  JUSTIN GIOVANNETTONE (SBN 293794)
   jgiovannettone@orrick.com
3  MARK C. SMITH (SBN 319003)
   mark.smith@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
5  Sacramento, CA  95814-4497
   Telephone:     +1 916 447 9200
6  Facsimile:      +1 916 329 4900

7  Attorneys for Intervenor-Defendant
   Westlands Water District
8
   *Additional Counsel on Next Page*
9

10              IN THE UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA
12
13                        FRESNO DIVISION

14

| | |
|---|---|
| 15  NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTSFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES, | Case No. 1:16-cv-00307-DAD-SKO **DECLARATION OF CYNTHIA J. LARSEN IN SUPPORT OF DEFENDANTS-INTERVENORS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED AND SUPPLEMENTAL COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(7)** |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, and UNITED STATES BUREAU OF RECLAMATION, | Noticed Hearing Date:  December 15, 2020 Time:                9:30 a.m. Courtroom:          5 Judge:                Hon. Dale A. Drozd |
| Defendants, | Trial Date:            None Date Action Filed:    March 4, 2016 |
| And | |
| WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT, and PANOCHE WATER DISTRICT, | |
| Intervenor-Defendants. | |

28

THOMAS M. BERLINER (SBN 83256)
tmberliner@duanemorris.com
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone:      +1 415 957 3333
Facsimile:      +1 415 520 5835

*Attorney for Intervenor-Defendant*
*San Luis Water District*

PHILIP A. WILLIAMS (SBN 296683)
pwilliams@weltyweaver.com
WELTY WEAVER & CURRIE
141 North Street, Ste A
Healdsburg, CA 95448-3821
Telephone:      + 707 433 4842
Facsimile:      + 707 473 9778

*Attorney for Intervenor-Defendant*
*Panoche Water District*

I, Cynthia J. Larsen, declare:

1.      I am a partner with Orrick, Herrington & Sutcliffe, LLP ("Orrick"), attorneys for Westlands Water District ("Westlands") in the above-captioned case.  I make this declaration in support of Defendants-Intervenors Westlands, San Luis Water District, and Panoche Water District's (collectively the "Defendants-Intervenors") Motion to Dismiss Plaintiffs' Second Amended and Supplemental Complaint ("SASC").  As counsel for Westlands, I am familiar with this case including the facts and the procedural history.  I have personal knowledge of the facts in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      Attached as **Exhibit 1** to this Declaration is a true and correct copy of the Final Executed Interim Renewal Contract No. 14-06-200-495A-IR7 between United States Bureau of Reclamation ("Reclamation") and Westlands, dated February 29, 2020.

3.      Attached as **Exhibit 2** to this Declaration is a true and correct copy of a letter from Reclamation Regional Director Ernest Conant to Westlands, dated May 28, 2020, subject: "Contract Between the United States and Westlands Water District San Luis Unit and Delta Division and Facilities Repayment, Contract No. 14-06-200-495A-IR1-P (Repayment Contract)."

4.      Attached as **Exhibit 3** to this Declaration is a true and correct copy of the Final Executed Interim Renewal Contract No. 14-06-200-8092-IR17 between Reclamation and Westlands Water District No. 1 (Broadview Water District), dated February 29, 2020.

5.      Attached as **Exhibit 4** to this Declaration is a true and correct copy of the Final Executed Interim Renewal Contract No. 14-06-200-8018-IR17-B between Reclamation and Westlands Water District No. 1 (Widren Water District), dated February 29, 2020.

6.      Attached as **Exhibit 5** to this Declaration is a true and correct copy of the Final Executed Interim Renewal Contract No. 7-07-20-W0055-IR17-B between Reclamation and Westlands Water District No. 1 (Centinella Water District), dated February 29, 2020.

/ / /

/ / /

CASE NO. 1:16-CV-00307-DAD-SKO
DECL. OF C. LARSEN
ISO INTERVENOR-DEFENDANTS'
MOTION TO DISMISS PLAINTIFFS' SASC

1    7.    Attached as **Exhibit 6** to this Declaration is a true and correct copy of the Final

2    Executed Repayment Contract No. 14-06-200-3365A-IR17-B between Westlands Water District

3    No. 1 (Mercy Springs Water District), dated February 29, 2020.

4    8.    Attached as **Exhibit 7** to this Declaration is a true and correct copy of the Final

5    Executed Interim Renewal Contract No. 14-06-200-3365A-IR17-C between Reclamation and

6    Westlands Water District No. 2 (Mercy Springs Water District), dated February 29, 2020.

7    Executed this 8th day of December 2020, at Sacramento, California.

8    I declare under penalty of perjury that the foregoing is true and correct.

9                                    By:        //s//  *Cynthia J. Larsen*
                                              CYNTHIA J. LARSEN
10                                     Attorneys for Intervenor-Defendant
                                              Westlands Water District
11

12   4143-1170-3081

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 1:16-CV-00307-DAD-SKO
DECL. OF C. LARSEN
ISO INTERVENOR-DEFENDANTS'
MOTION TO DISMISS PLAINTIFFS' SASC

# EXHIBIT 1

Irrigation and M&I
Contract No. 14-06-200-495A-IR7

1  UNITED STATES
2  DEPARTMENT OF THE INTERIOR
3  BUREAU OF RECLAMATION
4  Central Valley Project, California

5  INTERIM RENEWAL CONTRACT BETWEEN THE UNITED STATES
6  AND
7  WESTLANDS WATER DISTRICT
8  PROVIDING FOR PROJECT WATER SERVICE
9  FROM THE SAN LUIS UNIT AND DELTA DIVISION

10        THIS CONTRACT, made this $\mathcal{Y} 7^{th}$ day of $February$ , 2020,

11   in pursuance generally of the Act of June 17, 1902 (32 Stat. 388), and acts amendatory or

12   supplementary thereto, including, but not limited to, the acts of August 26, 1937 (50 Stat. 844),

13   as amended and supplemented, August 4, 1939 (53 Stat. 1187), as amended and supplemented,

14   July 2, 1956 (70 Stat. 483), June 21, 1963 (77 Stat. 68), October 12, 1982 (96 Stat. 1263), as

15   amended, and Title XXXIV of the Act of October 30, 1992 (106 Stat. 4706), all collectively

16   hereinafter referred to as Federal Reclamation law, between the UNITED STATES OF

17   AMERICA, hereinafter referred to as the United States, and WESTLANDS WATER

18   DISTRICT, hereinafter referred to as the Contractor, a public agency of the State of California,

19   duly organized, existing, and acting pursuant to the laws thereof;

20        WITNESSETH, That:

21                    EXPLANATORY RECITALS

22        WHEREAS, the United States and the Contractor entered into interim renewal Contract

23   (long-form interim renewal contract) No. 14-06-200-495A-IR1 which provided for the continued

24   water service after Contract No. 14-06-200-495A (which addressed the "Contract Between the

25  United States and Westlands Water District Providing for Water Service", dated June 5, 1963,

26  and the Stipulated Judgment in the lawsuit entitled *Barcellos and Wolfsen, Inc.* v. *Westlands*

27  *Water District*, Civ. No. F-79-l06-EDP (E.D. Cal.), as consolidated with *Westlands Water*

28  *District* v. *United States of America*, Civ. No. F-81-245-EDP (E.D. Cal.), entered into on

29  December 30, 1986) ended water service on December 31, 2007; and

30              WHEREAS, the last long-form interim renewal contract between the United

31  States and the Contractor is Contract No. 14-06-200-495A-IR1, hereinafter referred to as IR1; and

32              WHEREAS, the United States and the Contractor have entered into successive

33  renewals of IR1, the most recent of which is Contract No. 14-06-200-495A-IR6, hereinafter

34  referred to as IR6, effective March 1, 2018, through February 29, 2020; and

35              WHEREAS, the United States and the Contractor have made significant progress

36  in their negotiations of a long-term renewal contract, believe that further negotiations on the

37  long-term renewal contract would be beneficial, and mutually commit to continue to negotiate to

38  seek to reach agreement, but anticipate that the environmental documentation necessary for

39  execution of any long-term renewal contract may be delayed for reasons beyond the control of

40  the parties; and

41              WHEREAS, the Contractor has requested a subsequent interim renewal contract

42  pursuant to IR6; and

43              WHEREAS, the United States has determined that the Contractor has to date

44  fulfilled all of its obligations under IR6; and

45              WHEREAS, the United States is willing to renew IR6 pursuant to the terms and

46  conditions set forth below;

2

47                NOW, THEREFORE, in consideration of the mutual and dependent covenants

48    herein contained, it is hereby mutually agreed by the parties hereto as follows:

49    RENEWAL AND REVISION OF
50    CONTRACT NO. 14-06-200-495A-IR6

51    1.      Except as specifically modified by this Contract, all provisions of IR6 are

52    renewed with the same force and effect as if they were included in full text with the exception of

53    Article 1 of IR6 thereof, which is revised as follows:

54            (a)      The first sentence in subdivision (a) of Article 1 of IR6 is replaced with

55    the following language: "This Contract shall be effective from March 1, 2020, and shall remain

56    in effect through February 28, 2022, and thereafter will be renewed as described in Article 2 of

57    IR1 if a long-term renewal contract has not been executed with an effective commencement date

58    of March 1, 2022 or until the Contract Between the United States and Westlands Water District

59    Providing for Project Water Service, San Luis Unit and Delta Division and Facilities Repayment,

60    which was executed pursuant to section 4011 of the Water Infrastructure Improvements for the

61    Nation Act, Public Law 114-322, and other Federal Reclamation law, is in effect."

62            (b)      Subdivision (b) of Article 1 of IR6 is amended by deleting the date

63    "February 29, 2020," and replacing same with the date "February 28, 2022."

Irrigation and M&I
Contract No. 14-06-200-495A-IR7

64          IN WITNESS WHEREOF, the parties hereto have executed this Contract as of

65    the day and year first above written.

APPROVED AS TO LEGAL
FORM AND SUFFICIENCY

66                                                       UNITED STATES OF AMERICA

OFFICE OF REGIONAL SOLICITOR
DEPARTMENT OF THE INTERIOR

67                                            By: _____
68                                                  Regional Director
69                                                  Interior Region 10 – California Great Basin
70                                                  Bureau of Reclamation

71

72                                            WESTLANDS WATER DISTRICT

73                                            By: _____
74                                                  President of the Board of Directors
75    Attest:

76    By: _____
77          Secretary of the Board of Directors

4

# EXHIBIT 2

# United States Department of the Interior

BUREAU OF RECLAMATION
2800 Cottage Way
Sacramento, CA  95825-1898

IN REPLY REFER TO:
CGB-100
2.2.4.22

**MAY 2 8 2020**

VIA ELECTRONIC MAIL

Thomas W. Birmingham
General Manager
Westlands Water District
3130 N. Fresno Street
P.O. Box 6056
Fresno, CA 93703-6056

Subject:     Contract Between the United States and Westlands Water District San Luis Unit
             and Delta Division and Facilities Repayment, Contract NO. 14-06-200-495A-IR1-P
             (Repayment Contract)

Dear Mr. Birmingham:

This letter responds to your letter of May 26, 2020.  In that letter, you indicated that Westlands
Water District ("District") filed a judicial action on October 25, 2019 to obtain a decree of
validation of the subject contract referenced above.  However, for various reasons, the court was
not able to validate the District's proceedings prior to the court closing for business in response to
the COVID-19 pandemic and emergency proclamations by California Governor Newsom.
Additionally, because the court has announced it will remain closed until May 29, 2020, the
District will not be able to obtain a validation judgment prior to the Repayment Contract's
effective date of June 1, 2020.

By this letter, the Bureau of Reclamation ("Reclamation") confirms its understanding that the
District's inability to obtain a validation judgment does not render the Repayment Contract void.
More specifically, Reclamation confirms its understanding that the Repayment Contract  will
govern the rights and obligations of the United States and the District after the Repayment
Contract's effective date, June 1, 2020, notwithstanding the District's inability to obtain a final
decree confirming its proceedings to authorize the execution of this Repayment Contract.  *See*, 43
USC § 511.

Please let me know if you have any questions.  Thank you.

Sincerely,

**Ernest A.
Conant**

Digitally signed by
Ernest A. Conant
Date: 2020.05.28
12:39:28 -07'00'

Ernest A. Conant
Regional Director

# EXHIBIT 3

Irrigation and M&I
Contract No. 14-06-200-8092-IR17
(Assignment from Broadview)

1  UNITED STATES
2  DEPARTMENT OF THE INTERIOR
3  BUREAU OF RECLAMATION
4  Central Valley Project, California

5  INTERIM RENEWAL CONTRACT BETWEEN THE UNITED STATES
6  AND
7  WESTLANDS WATER DISTRICT DISTRIBUTION DISTRICT NO. 1
8  PROVIDING FOR PROJECT WATER SERVICE
9  FROM THE SAN LUIS UNIT AND DELTA DIVISION

10  THIS CONTRACT, made this _$\mathcal{H}$_ day of _February_ , 2020,

11  in pursuance generally of the Act of June 17, 1902 (32 Stat. 388), and acts amendatory or

12  supplementary thereto, including, but not limited to, the acts of August 26, 1937 (50 Stat. 844),

13  as amended and supplemented, August 4, 1939 (53 Stat. 1187), as amended and supplemented,

14  July 2, 1956 (70 Stat. 483), June 21, 1963 (77 Stat. 68), October 12, 1982 (96 Stat. 1263), as

15  amended, and Title XXXIV of the Act of October 30, 1992 (106 Stat. 4706), all collectively

16  hereinafter referred to as Federal Reclamation law, between the UNITED STATES OF

17  AMERICA, hereinafter referred to as the United States, and WESTLANDS WATER DISTRICT

18  DISTRIBUTION DISTRICT NO. 1, hereinafter referred to as the Contractor, a public agency of

19  the State of California, duly organized, existing, and acting pursuant to the laws thereof;

20  WITNESSETH, That:

21  EXPLANATORY RECITALS

22  WHEREAS, the United States and the Broadview Water District (Broadview)

23  entered into interim renewal Contract (long-form interim renewal contract)

24 No. 14-06-200-8092-IR1 which provided for the continued water service to Broadview

25 following expiration of Contract No. 14-06-200-8092; and

26 WHEREAS, the last long-form interim renewal contract between the United

27 States and Broadview is Contract No. 14-06-200-8092-IR5, hereinafter referred to as IR5; and

28 WHEREAS, the United States and Broadview entered into successive renewals of

29 IR5, of which the last was Contract No. 14-06-200-8092-IR9, hereinafter referred to as IR9; and

30 WHEREAS, on March 1, 2007, the Contractor, Broadview, and the United

31 States executed an assignment agreement, "Assignment of Broadview Water District's Water

32 Service Contract to Westlands Water District Distribution District No. 1", which assigned to

33 the Contractor all rights, duties, and obligations of Broadview in IR9; and

34 WHEREAS, the United States and the Contractor entered into the first interim

35 renewal contract identified as Contract No.14-06-200-8092-IR10, hereinafter referred to as

36 IR10; and

37 WHEREAS, the United States and the Contractor have entered into successive

38 renewals of IR10, the most recent of which is Contract No. 14-06-200-8092-IR16, hereinafter

39 referred to as IR16, effective March 1, 2018, through February 29, 2020; and

40 WHEREAS, the United States and the Contractor have made significant progress

41 in their negotiations of a long-term renewal contract, believe that further negotiations on the

42 long-term renewal contract would be beneficial, and mutually commit to continue to negotiate to

43 seek to reach agreement, but anticipate that the environmental documentation necessary for

44 execution of any long-term renewal contract may be delayed for reasons beyond the control of

45 the parties; and

46 WHEREAS, the Contractor has requested a subsequent interim renewal contract

2

47    pursuant to IR16; and

48            WHEREAS, the United States has determined that the Contractor has to date

49    fulfilled all of its obligations under IR16; and

50            WHEREAS, the United States is willing to renew IR16 pursuant to the terms and

51    conditions set forth below;

52            NOW, THEREFORE, in consideration of the mutual and dependent covenants

53    herein contained, it is hereby mutually agreed by the parties hereto as follows:

54                        RENEWAL AND REVISION OF
55                        CONTRACT NO. 14-06-200-8092-IR16

56    1.      Except as specifically modified by this Contract, all provisions of IR16 are

57    renewed with the same force and effect as if they were included in full text with the exception of

58    Article 1 of IR16 thereof, which is revised as follows:

59            (a)      The first sentence in subdivision (a) of Article 1 of IR16 is replaced with

60    the following language: "This Contract shall be effective from March 1, 2020, and shall remain

61    in effect through February 28, 2022, and thereafter will be renewed as described in Article 2 of

62    IR5 if a long-term renewal contract has not been executed with an effective commencement date

63    of March 1, 2022 or until the Contract Between the United States and Westlands Water District

64    Distribution District No. 1 Providing for Project Water Service and Facilities Repayment, which

65    will be executed pursuant to section 4011 of the Water Infrastructure Improvements for the

66    Nation Act, Public Law 114-322, and other Federal Reclamation law, is in effect."

67            (b)      Subdivision (b) of Article 1 of IR16 is amended by deleting the date

68    "February 15, 2020," and replacing same with the date "February 15, 2022."

3

Irrigation and M&I
Contract No. 14-06-200-8092-IR17
(Assignment from Broadview)

69             (c)     Subdivision (c) of Article 1 of IR16 is amended by deleting the dates

70    "February 1, 2020," "February 15, 2020," and "February 29, 2020," and replacing same with

71    the dates "February 1, 2022," "February 15, 2022," and "February 28, 2022," respectively.

4

Irrigation and M&I
Contract No. 14-06-200-8092-IR17
(Assignment from Broadview)

72          IN WITNESS WHEREOF, the parties hereto have executed this Contract as of

73     the day and year first above written.

APPROVED AS TO LEGAL
FORM AND SUFFICIENCY

74          Bind. Hughes          UNITED STATES OF AMERICA

OFFICE OF REGIONAL SOLICITOR
DEPARTMENT OF THE INTERIOR

75                                    By: _____
76                                         Regional Director
77                                         Interior Region 10 – California Great Basin
78                                         Bureau of Reclamation

79

80                                    WESTLANDS WATER DISTRICT
81                                    DISTRIBUTION DISTRICT NO. 1

82                                    By: _____
83                                         President of the Board of Directors
84     Attest:

85     By: _____
86          Secretary of the Board of Directors

5

# EXHIBIT 4

Irrigation and M&I
Contract No. 14-06-200-8018-IR17-B
(Assignment from Widren)

1    UNITED STATES
2    DEPARTMENT OF THE INTERIOR
3    BUREAU OF RECLAMATION
4    Central Valley Project, California

5    INTERIM RENEWAL CONTRACT BETWEEN THE UNITED STATES
6    AND
7    WESTLANDS WATER DISTRICT DISTRIBUTION DISTRICT NO. 1
8    PROVIDING FOR PROJECT WATER SERVICE
9    FROM THE SAN LUIS UNIT AND DELTA DIVISION

10    THIS CONTRACT, made this _*24th*_ day of _*February*_, 2020,

11    in pursuance generally of the Act of June 17, 1902 (32 Stat. 388), and acts amendatory or

12    supplementary thereto, including, but not limited to, the acts of August 26, 1937 (50 Stat. 844),

13    as amended and supplemented, August 4, 1939 (53 Stat. 1187), as amended and supplemented,

14    July 2, 1956 (70 Stat. 483), June 21, 1963 (77 Stat. 68), October 12, 1982 (96 Stat. 1263), as

15    amended, and Title XXXIV of the Act of October 30, 1992 (106 Stat. 4706), all collectively

16    hereinafter referred to as Federal Reclamation law, between the UNITED STATES OF

17    AMERICA, hereinafter referred to as the United States, and WESTLANDS WATER DISTRICT

18    DISTRIBUTION DISTRICT NO. 1, hereinafter referred to as the Contractor, a public agency of

19    the State of California, duly organized, existing, and acting pursuant to the laws thereof;

20    WITNESSETH, That:

21    EXPLANATORY RECITALS

22    WHEREAS, the United States and the Widren Water District (Widren) entered

23    into interim renewal Contract (long-form interim renewal contract) No. 14-06-200-8018-IR1,

Irrigation and M&I
Contract No. 14-06-200-8018-IR17-B
(Assignment from Widren)

24    which provided for the continued water service to Widren following expiration of Contract

25    No. 14-06-200-8018; and

26        WHEREAS, the last long-form interim renewal contract between the United

27    States and Widren is Contract No. 14-06-200-8018-IR5, hereinafter referred to as IR5; and

28        WHEREAS, the United States and Widren entered into successive renewals of

29    IR5, of which the last was Contract No. 14-06-200-8018-IR8, hereinafter referred to as IR8; and

30        WHEREAS, on May 27, 2005, the Contractor, Widren, and the United States

31    executed an agreement, "Agreement for Assignment of Widren Water District's Water Service

32    Contract to Westlands Water District Distribution District No. 1", which assigned to the

33    Contractor all rights, duties, and obligations of Widren in IR8; and

34        WHEREAS, the United States and the Contractor entered into the first interim

35    renewal contract identified as Contract No. 14-06-200-8018-IR9-B, hereinafter referred to as

36    IR9-B; and

37        WHEREAS, the United States and the Contractor have entered into successive

38    renewals of IR9-B, the most recent of which is Contract No. 14-06-200-8018-IR16-B,

39    hereinafter referred to as the IR16-B, effective March 1, 2018, through February 29, 2020; and

40        WHEREAS, the United States and the Contractor have made significant progress

41    in their negotiations of a long-term renewal contract, believe that further negotiations on the

42    long-term renewal contract would be beneficial, and mutually commit to continue to negotiate to

43    seek to reach agreement, but anticipate that the environmental documentation necessary for

44    execution of any long-term renewal contract may be delayed for reasons beyond the control of

45    the parties; and

2

Irrigation and M&I
Contract No. 14-06-200-8018-IR17-B
(Assignment from Widren)

46        WHEREAS, the Contractor has requested a subsequent interim renewal contract

47   pursuant to IR16-B; and

48        WHEREAS, the United States has determined that the Contractor has to date

49   fulfilled all of its obligations under IR16-B; and

50        WHEREAS, the United States is willing to renew IR16-B pursuant to the terms

51   and conditions set forth below;

52        NOW, THEREFORE, in consideration of the mutual and dependent covenants

53   herein contained, it is hereby mutually agreed by the parties hereto as follows:

54                    RENEWAL AND REVISION OF
55            CONTRACT NO. 14-06-200-8018-IR16-B

56   1.        Except as specifically modified by this Contract, all provisions of IR16-B are

57   renewed with the same force and effect as if they were included in full text with the exception of

58   Article 1 of IR16-B thereof, which is revised as follows:

59        (a)        The first sentence in subdivision (a) of Article 1 of IR16-B is replaced

60   with the following language: "This Contract shall be effective from March 1, 2020, and shall

61   remain in effect through February 28, 2022, and thereafter will be renewed as described in

62   Article 2 of IR5 if a long-term renewal contract has not been executed with an effective

63   commencement date of March 1, 2022 or until the Contract Between the United States and

64   Westlands Water District Distribution District No. 1 Providing for Project Water Service and

65   Facilities Repayment, which will be executed pursuant to section 4011 of the Water

66   Infrastructure Improvements for the Nation Act, Public Law 114-322, and other Federal

67   Reclamation law, is in effect."

Irrigation and M&I
Contract No. 14-06-200-8018-IR17-B
(Assignment from Widren)

68          (b)     Subdivision (b) of Article 1 of IR16-B is amended by deleting the date

69    "February 15, 2020," and replacing same with the date "February 15, 2022."

70          (c)     Subdivision (c) of Article 1 of IR16-B is amended by deleting the dates

71    "February 1, 2020," "February 15, 2020," and "February 29, 2020," and replacing same with

72    the dates "February 1, 2022," "February 15, 2022," and "February 28, 2022," respectively.

Irrigation and M&I
Contract No. 14-06-200-8018-IR17-B
(Assignment from Widren)

73          IN WITNESS WHEREOF, the parties hereto have executed this Contract as of

74    the day and year first above written.

APPROVED AS TO LEGAL
FORM AND SUFFICIENCY

75

OFFICE OF REGIONAL SOLICITOR
DEPARTMENT OF THE INTERIOR

UNITED STATES OF AMERICA

76          By: _____

77          Regional Director

78          Interior Region 10 – California Great Basin

79          Bureau of Reclamation

80

81          WESTLANDS WATER DISTRICT

82          DISTRIBUTION DISTRICT NO. 1

83          By: _____

84          President of the Board of Directors

85    Attest:

86    By: _____

87          Secretary of the Board of Directors

5

# EXHIBIT 5

Irrigation and M&I
Contract No. 7-07-20-W0055-IR17-B
(Assignment from Centinella)

1   UNITED STATES
2   DEPARTMENT OF THE INTERIOR
3   BUREAU OF RECLAMATION
4   Central Valley Project, California

5   INTERIM RENEWAL CONTRACT BETWEEN THE UNITED STATES
6   AND
7   WESTLANDS WATER DISTRICT DISTRIBUTION DISTRICT NO. 1
8   PROVIDING FOR PROJECT WATER SERVICE
9   FROM THE SAN LUIS UNIT AND DELTA DIVISION

10   THIS CONTRACT, made this _29th_ day of _February_, 2020,

11   in pursuance generally of the Act of June 17, 1902 (32 Stat. 388), and acts amendatory or

12   supplementary thereto, including, but not limited to, the acts of August 26, 1937 (50 Stat. 844),

13   as amended and supplemented, August 4, 1939 (53 Stat. 1187), as amended and supplemented,

14   July 2, 1956 (70 Stat. 483), June 21, 1963 (77 Stat. 68), October 12, 1982 (96 Stat. 1263), as

15   amended, and Title XXXIV of the Act of October 30, 1992 (106 Stat. 4706), all collectively

16   hereinafter referred to as Federal Reclamation law, between the UNITED STATES OF

17   AMERICA, hereinafter referred to as the United States, and WESTLANDS WATER DISTRICT

18   DISTRIBUTION DISTRICT NO. 1, hereinafter referred to as the Contractor, a public agency of

19   the State of California, duly organized, existing, and acting pursuant to the laws thereof;

20   WITNESSETH, That:

21   EXPLANATORY RECITALS

22   WHEREAS, the United States and the Centinella Water District (Centinella)

23   entered into interim renewal Contract (long-form interim renewal contract)

Irrigation and M&I
Contract No. 7-07-20-W0055-IR17-B
(Assignment from Centinella)

24    No. 7-07-20-W0055-IR1, which provided for the continued water service to Centinella following

25    expiration of Contract No. 7-07-20-W0055; and

26            WHEREAS, the last long-form interim renewal contract between the United

27    States and Centinella is Contract No. 7-07-20-W0055-IR5, hereinafter referred to as IR5; and

28            WHEREAS, the United States and Centinella entered into successive renewals of

29    IR5, of which the last was Contract No. 7-07-20-W0055-IR8, hereinafter referred to as IR8; and

30            WHEREAS, on November 9, 2004, the Contractor, Centinella, and the United

31    States executed an agreement, "Agreement for Assignment of Centinella Water District's Water

32    Service Contract to Westlands Water District Distribution District No. 1", which assigned to the

33    Contractor all rights, duties, and obligations of Centinella in IR8; and

34            WHEREAS, the United States and the Contractor entered into the first interim

35    renewal contract identified as Contract No. 7-07-20-W0055-IR9-B hereinafter referred to as

36    IR9-B; and

37            WHEREAS, the United States and the Contractor have entered into successive

38    renewals of IR9-B, the most recent of which is Contract No. 7-07-20-W0055-IR16-B, hereinafter

39    referred to as IR16-B, effective March 1, 2018, through February 29, 2020; and

40            WHEREAS, the United States and the Contractor have made significant progress

41    in their negotiations of a long-term renewal contract, believe that further negotiations on the

42    long-term renewal contract would be beneficial, and mutually commit to continue to negotiate to

43    seek to reach agreement, but anticipate that the environmental documentation necessary for

44    execution of any long-term renewal contract may be delayed for reasons beyond the control of

45    the parties; and

Irrigation and M&I
Contract No. 7-07-20-W0055-IR17-B
(Assignment from Centinella)

46       WHEREAS, the Contractor has requested a subsequent interim renewal contract

47   pursuant to IR16-B; and

48       WHEREAS, the United States has determined that the Contractor has to date

49   fulfilled all of its obligations under IR16-B; and

50       WHEREAS, the United States is willing to renew IR16-B pursuant to the terms

51   and conditions set forth below;

52       NOW, THEREFORE, in consideration of the mutual and dependent covenants

53   herein contained, it is hereby mutually agreed by the parties hereto as follows:

54                                       RENEWAL AND REVISION OF
55                              CONTRACT NO. 7-07-20-W0055-IR16-B

56   1.      Except as specifically modified by this Contract, all provisions of IR16-B are

57   renewed with the same force and effect as if they were included in full text with the exception of

58   Article 1 of IR16-B thereof, which is revised as follows:

59            (a)      The first sentence in subdivision (a) of Article 1 of IR16-B is replaced

60   with the following language: "This Contract shall be effective from March 1, 2020, and shall

61   remain in effect through February 28, 2022, and thereafter will be renewed as described in

62   Article 2 of IR5 if a long-term renewal contract has not been executed with an effective

63   commencement date of March 1, 2022 or until the Contract Between the United States and

64   Westlands Water District Distribution District No. 1 Providing for Project Water Service and

65   Facilities Repayment, which will be executed pursuant to section 4011 of the Water

66   Infrastructure Improvements for the Nation Act, Public Law 114-322, and other Federal

67   Reclamation law, is in effect."

Irrigation and M&I
Contract No. 7-07-20-W0055-IR17-B
(Assignment from Centinella)

68          (b)          Subdivision (b) of Article 1 of IR16-B is amended by deleting the date

69    "February 15, 2020," and replacing same with the date "February 15, 2022."

70          (c)          Subdivision (c) of Article 1 of IR16-B is amended by deleting the dates

71    "February 1, 2020," "February 15, 2020," and "February 29, 2020," and replacing same with

72    the dates "February 1, 2022," "February 15, 2022," and "February 29, 2022," respectively.

Irrigation and M&I
Contract No. 7-07-20-W0055-IR17-B
(Assignment from Centinella)

73    IN WITNESS WHEREOF, the parties hereto have executed this Contract as of

74    the day and year first above written.

APPROVED AS TO LEGAL
FORM AND SUFFICIENCY

75    OFFICE OF REGIONAL SOLICITOR
DEPARTMENT OF THE INTERIOR

UNITED STATES OF AMERICA

76    By: _____
77    Regional Director
78    Interior Region 10 – California Great Basin
79    Bureau of Reclamation

80

81    WESTLANDS WATER DISTRICT
82    DISTRIBUTION DISTRICT NO. 1

83    By: _____
84    President of the Board of Directors
85    Attest:

86    By: _____
87    Secretary of the Board of Directors

5

# EXHIBIT 6

Irrigation and M&I
Contract No. 14-06-200-3365A-IR17-B
(Partial Assignment from Mercy Springs)

1          UNITED STATES
2          DEPARTMENT OF THE INTERIOR
3          BUREAU OF RECLAMATION
4          Central Valley Project, California

5          INTERIM RENEWAL CONTRACT AMONG THE UNITED STATES,
6          SANTA CLARA VALLEY WATER DISTRICT, AND
7          WESTLANDS WATER DISTRICT DISTRIBUTION DISTRICT NO. 1
8          PROVIDING FOR PROJECT WATER SERVICE
9          FROM THE SAN LUIS UNIT AND DELTA DIVISION

10          THIS CONTRACT, made this _29th_ day of _February_, 2020,

11    in pursuance generally of the Act of June 17, 1902 (32 Stat. 388), and acts amendatory or

12    supplementary thereto, including, but not limited to, the acts of August 26, 1937 (50 Stat. 844),

13    as amended and supplemented, August 4, 1939 (53 Stat. 1187), as amended and supplemented,

14    July 2, 1956 (70 Stat. 483), June 21, 1963 (77 Stat. 68), October 12, 1982 (96 Stat. 1263), as

15    amended, and Title XXXIV of the Act of October 30, 1992 (106 Stat. 4706), all collectively

16    hereinafter referred to as Federal Reclamation law, among the UNITED STATES OF

17    AMERICA, hereinafter referred to as the United States, SANTA CLARA VALLEY WATER

18    DISTRICT, and WESTLANDS WATER DISTRICT DISTRIBUTION DISTRICT NO. 1,

19    hereinafter referred to as the Contractors, public agencies of the State of California, duly

20    organized, existing, and acting pursuant to the laws thereof;

21          WITNESSETH, That:

Irrigation and M&I
Contract No. 14-06-200-3365A-IR17-B
(Partial Assignment from Mercy Springs)

22                                    EXPLANATORY RECITALS

23              WHEREAS, the United States and the Mercy Springs Water District (Mercy

24    Springs) entered into interim renewal Contract (long-form interim renewal contract)

25    No. 14-06-200-3365A-IR1 which provided for the continued water service of 13,300 acre-feet of

26    Central Valley Project (CVP) water to Mercy Springs following expiration of Contract

27    No. 14-06-200-3365A; and

28              WHEREAS, the United States and Mercy Springs entered into successive

29    long-form interim renewal Contract No. 14-06-200-3365A-IR2-A; and

30              WHEREAS, on May 14, 1999, the Contractors, Pajaro Valley Water Management

31    Agency (Pajaro), Mercy Springs, and the United States executed a partial assignment agreement,

32    "Agreement for Partial Assignment of Water Service", which assigned to the Contractors the

33    rights, duties, and obligations of Mercy Springs in Contract No. 14-06-200-3365A-IR2-A for

34    6,260 acre-feet; and

35              WHEREAS, the United States, Pajaro and the Contractors entered into interim

36    renewal contracts identified as Contract No. 14-06-200-3365A-IR3-B and Contract

37    No. 14-06-200-3365A-IR4-B; and

38              WHEREAS, the United States, Pajaro and the Contractors entered into long-form

39    interim renewal Contract No. 14-06-200-3365A-IR5-B, hereinafter referred to as IR5-B; and

40              WHEREAS, the United States, Pajaro and the Contractors have entered into

41    successive renewals of IR5-B, the most recent of which is Contract No. 14-06-200-3365A-IR16-B,

42    hereinafter referred to as IR16-B, effective March 1, 2018, through February 29, 2020; and

43              WHEREAS, on July 26th, 2019, the Contracting Officer received a letter (Exhibit

44    A) from Brian Lockwood, General Manager, of Pajaro withdrawing its interest in Contract No.

Irrigation and M&I
Contract No. 14-06-200-3365A-IR17-B
(Partial Assignment from Mercy Springs)

45    14-06-200-3365A-IR3-B and all successive renewals; and

46    WHEREAS, the United States and the Contractors have made significant progress

47    in their negotiations of a long-term renewal contract, believe that further negotiations on the

48    long-term renewal contract would be beneficial, and mutually commit to continue to negotiate to

49    seek to reach agreement, but anticipate that the environmental documentation necessary for

50    execution of any long-term renewal contract may be delayed for reasons beyond the control of

51    the parties; and

52    WHEREAS, the Contractors have requested a subsequent interim renewal

53    contract pursuant to IR16-B; and

54    WHEREAS, the United States has determined that the Contractors have to date

55    fulfilled all of its obligations under IR16-B; and

56    WHEREAS, the United States is willing to renew IR16-B pursuant to the terms

57    and conditions set forth below;

58    NOW, THEREFORE, in consideration of the mutual and dependent covenants

59    herein contained, it is hereby mutually agreed by the parties hereto as follows:

60    TERMINATION OF

61    PAJARO VALLEY WATER MANAGEMENT AGENCY INTEREST

62    1.    Pajaros interest in Contract No. 14-06-200-3365A-IR3-B and all successive

63    renewals is hereby terminated by mutual agreement.

64    2.    This termination shall relieve the United States from its obligation to provide

65    Pajaro with use of water in accordance with the agreement dated May 14, 1999 (Exhibit B).

3

Irrigation and M&I
Contract No. 14-06-200-3365A-IR17-B
(Partial Assignment from Mercy Springs)

66              RENEWAL AND REVISION OF

67              CONTRACT NO. 14-06-200-3365A-IR16-B

68      1.      Except as specifically modified by this Contract, all provisions of IR16-B are

69 renewed with the same force and effect as if they were included in full text with the exception of

70 Article 1 of IR16-B thereof, which is revised as follows:

71              (a)      The first sentence in subdivision (a) of Article 1 of IR16-B is replaced

72 with the following language: "This Contract shall be effective from March 1, 2020, and shall

73 remain in effect through February 28, 2022, and thereafter will be renewed as described in

74 Article 2 of IR5-B, if a long-term renewal contract has not been executed with an effective

75 commencement date of March 1, 2022 or until the Contract Between the United States and Santa

76 Clara Valley Water District and Westlands Water District Distribution District No. 1 Providing

77 for Project Water Service and Facilities Repayment, which will be executed pursuant to section

78 4011 of the Water Infrastructure Improvements for the Nation Act, Public Law 114-322, and

79 other Federal Reclamation law, is in effect."

80              (b)      Subdivision (b) of Article 1 of IR16-B is amended by deleting the date

81 "February 15, 2020," and replacing same with the date "February 15, 2022."

82              (c)      Subdivision (c) of Article 1 of IR16-B is amended by deleting the dates

83 "February 1, 2020," "February 15, 2020," and "February 29, 2020," and replacing same with

84 the dates "February 1, 2022," "February 15, 2022," and "February 28, 2022," respectively.

4

Irrigation and M&I
Contract No. 14-06-200-3365A-IR17-B
(Partial Assignment from Mercy Springs)

85          IN WITNESS WHEREOF, the parties hereto have executed this Contract as of

86     the day and year first above written.

APPROVED AS TO LEGAL
FORM AND SUFFICIENCY

87                                          UNITED STATES OF AMERICA   OFFICE OF REGIONAL SOLICITOR
                                                                      DEPARTMENT OF THE INTERIOR

88                                          By: _____
89                                          Regional Director
90                                          Interior Region 10 – California Great Basin
91                                          Bureau of Reclamation

92     (SEAL)                               SANTA CLARA VALLEY WATER DISTRICT

93     Attest:                              By: _____
94                                          Chief Executive Officer

95     By: _____
96          Secretary

                                            WESTLANDS WATER DISTRICT
                                            DISTRIBUTION DISTRICT NO. 1

100                                         By: _____
                                            President of the Board of Directors

101    By: _____
102    Secretary of the Board of Direct

5

Irrigation and M&I
Contract No. 14-06-200-3365A-IR17-B
(Partial Assignment from Mercy Springs)

85          IN WITNESS WHEREOF, the parties hereto have executed this Contract as of

86   the day and year first above written.

87                                              UNITED STATES OF AMERICA

88                                              By: __ __ __ _____
89                                                   Regional Director
90                                                   Interior Region 10 – California Great Basin
91                                                   Bureau of Reclamation

92   (SEAL)                                     SANTA CLARA VALLEY WATER DISTRICT

93   Attest:                                    By: _____
94                                                   Norma J. Camacho

95   By: _____                       Chief Executive Officer
96          Secretary

97   (SEAL)                                     WESTLANDS WATER DISTRICT
98                                              DISTRIBUTION DISTRICT NO. 1

99   Attest:                                    By: _____
100                                                  President of the Board of Directors

101  By: _____
102         Secretary of the Board of Direct

5

# EXHIBIT A



**PAJARO VALLEY WATER MANAGEMENT AGENCY**

36 BRENNAN STREET • WATSONVILLE, CA 95076
TEL.: (831) 722-9292   FAX: (831) 722-3139
https://www.pvwater.org

July 26, 2019

Bureau of Reclamation - SCCAO
Attn: Michael Jackson, P.E.
1243 N. Street
Fresno, CA  93721-1813

**SUBJECT**: Partial Assignment from Mercy Springs

Dear Mr. Jackson,

Pajaro Valley Water Management Agency is withdrawing its interest in the Existing
Contract and current renewal, titled "Interim Renewal Contract Among The United
States and Pajaro Valley Water Management Agency, Santa Clara Valley Water District,
and Westlands Water District Distribution District No. 1 Providing For Project Water
Service From The San Luis Unit And Delta Division the Partial Assignment Water Service
Contract" Contract No. 14-06-200-3365A-IR-B (Partial Assignment from Mercy Springs).

Should you have any questions, or if you need additional information, please do not
hesitate to contact me at (831) 722-9292, or lockwood@pvwater.org.

Sincerely,

*[signature]*

Brian Lockwood
General Manager

# EXHIBIT B

14-06-200-3365A IR2

## AGREEMENT FOR PARTIAL

### ASSIGNMENT OF WATER SERVICE CONTRACT

THIS AGREEMENT is made this 14th day of May 1999, by and among Mercy Springs Water District ("Mercy Springs"), Pajaro Valley Water Management Agency ("Pajaro Valley"), Westlands Water District ("Westlands"), Santa Clara Valley Water District ("Santa Clara") and the United States of America through the United States Bureau of Reclamation ("Reclamation").

### RECITALS

A.     On June 21, 1967, Mercy Springs and the United States entered into Contract No. 14-06-200-3365A providing for the annual delivery of up to Thirteen Thousand Three Hundred (13,300) acre feet of water from the Central Valley Project ("CVP"). On February 27, 1995, Mercy Springs and the United States entered into Interim Renewal Contract No. 14-06-200-3365A-IR1, which was effective through February 28, 1998, and on February 20, 1998, Mercy Springs and the United States entered into Interim Renewal contract No. 14-06-200-3365A-IR2 (the "Existing Contract"), which expires February 28, 2000; and thereafter shall, upon the request, be renewed for successive interim periods of not more than Two (2) years in length, and thereafter upon final completion of certain environmental documentation, and upon the request, shall be renewed for a term of Twenty-five (25) years, which may thereafter be renewed for terms not to exceed Twenty-five (25) years.

B.     Article 30(a) of the Existing Contract provides for assignment of the Contract upon written approval of the Contracting Officer acting on behalf of the United States.

-1-

C.     Upon execution of this Agreement, Mercy Springs will assign to Pajaro Valley, Westlands and Santa Clara all Mercy Springs' right, title, and interest in that portion of the Existing Contract as it relates to, and is for the benefit of, the One Thousand Six Hundred Five (1,605) acres of lands within Mercy Springs [more particularly described in Exhibit "A" (the "Subject Lands") and consisting of Six Thousand Two Hundred Sixty (6,260) annual acre-feet of entitlement under the Existing Contract (that portion referred to hereafter as the "Subject Water Supply"), including any rights to renew the Existing Contract for the Subject Water Supply.

D.     Mercy Springs, Pajaro Valley, Westlands and Santa Clara have also entered into a separate agreement entitled "Agreement Relating to Partial Assignment of Water Service Contract" (hereafter referred to as the "Four-Party Agreement"), whereby the Subject Water Supply from this assignment will be provided to Westlands and Santa Clara for a period of at least ten (10) years. The Four-Party Agreement provides that if conditions specified therein do not occur within twenty (20) years of the effective date of this Agreement, all of Pajaro Valley's interest in the Existing Contract or a renewal thereof shall terminate.

E.     The Subject Water Supply has been determined to be included in the average annual quantity of CVP water actually delivered to Mercy Springs under Contract No. 214-06-200-3365A during the last three years of normal water delivery prior to enactment of the Central Valley Project Improvement Act.

## AGREEMENT

### IT IS THEREFORE AGREED AMONG THE BELOW PARTIES:

1.     Incorporation of Recitals. Each of the above RECITALS is hereby incorporated as a part of this Agreement.

-2-

2.     Terms and Conditions. Subject to the terms of the terms of the Four-Party Agreement,
upon execution of this Agreement, Pajaro Valley, Westlands, and Santa Clara accept all terms
and conditions included in the Existing Contract, as may be modified upon renewal thereof, and
as may be modified or supplemented herein, and those parties to this Agreement acknowledge
and accept their proportionate share of the CVP capital obligation incurred under Contract Nos.
14006-200-3365A or 14-06-200-3365A-IR1, or the Existing Contract.

3.     Payment of Existing Operation and Maintenance Deficit. Prior to delivery of any of the
Subject Water Supply pursuant to this assignment, Mercy Springs shall have paid in full to the
United States any operation and maintenance deficit that may be owed by Mercy Springs to the
United States as a result of the delivery of CVP Water to Mercy Springs pursuant to Contract
Nos. 14006-200-3365A or 14-06-200-3365A-IR1, or the Existing Contract delivered prior to the
effective date of the Agreement.

4.     Change in Service Area. The Existing Contract is hereby modified to include in the
contract service area, the service areas of Westlands and Santa Clara, where the Subject Water
Supply can be used.

5.     Water Rates and Charges. The Subject Water Supply shall be subject to the applicable
Rates, Charges, and Crediting determined annually in accordance with Federal law, associated
regulations and the then current CVP ratesetting policies. To enable Reclamation to compute
appropriate Rates, Charges, and Crediting, Westlands, Santa Clara, and/or Pajaro Valley shall
submit water delivery schedules required by the Existing contract, as may be amended,

-3-

supplemented, or renewed, to Reclamation identifying to whom the Subject Water Supply will be delivered.

6.      Use of Water By Pajaro Valley. The delivery to Pajaro Valley of any of the Subject Water Supply shall be contingent upon appropriate environmental review and modification of the contract service area described in the Existing Contract or the renewal thereof. In addition to the terms and conditions on the use of CVP water in the Existing Contract, as may be amended or supplemented, the delivery of any of the Subject Water Supply for M&I purposes to the Pajaro Valley service area is conditioned upon the prior written approval of the Contracting Officer.

7.      Allocation of Water Shortages. Irrespective of actual use, the Subject Water Supply shall be acknowledged by the parties and treated by the United States as irrigation water for the purposes of allocating water shortages among CVP water service contractors.

8.      Place of Use and Land Classification Requirements. The delivery of any of the Subject Water Supply to Pajaro Valley shall also be contingent upon inclusion, if not previously accomplished, of the lands in the permitted place of use for the CVP water rights by the California State Water Resources Control Board. The use of any of the Subject Water Supply for irrigation purposes must be preceded, if not previously completed, by appropriate Federal land classification and shall be consistent with Federal Reclamation law.

-4-

9.    Retention of Rights. Upon execution of this Agreement, Mercy Springs will retain all right, title, and interest in that portion of the Existing Contract exclusive of the Subject Water Supply for the Subject Lands.

10.    Applicability of the Reclamation Reform Act of 1982. The Subject Water Supply when used for irrigation purposes shall only be delivered to lands held by landholders who have elected to be subject to the provisions of the Reclamation Reform Act of 1982, 43 U.S.C. Sections 390aa *et seq.*, 96 Stat. 1263, by executing an irrevocable election or within a district subject to said Act.

11.    Existing Contract Renewal Rights. All parties to this agreement acknowledge and understand that this agreement does not afford any of the parties any contractual rights to any renewal of the Existing Contract beyond that provided pursuant to the Existing Contract.

12.    Effective Date. The effective date of this Agreement shall be the date on which it is approved by the United States.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

-5-

IN WITNESS WHEREOF, the parties have executed this Agreement as of the day and

year first above written.

MERCY SPRINGS WATER DISTRICT

SANTA CLARA VALLEY DISTRICT

Reference SCVWD Agreement # A2263

By _____
    Title

By _____
    Title    CEO

WESTLANDS WATER DISTRICT

PAJARO VALLEY WATER
MANAGEMENT AGENCY

By _____
    Title    General Manager

By _____
    Title    Vice Chairman

By _____
    Title    General Manager

The foregoing Agreement for Partial Assignment of the Existing Contract and the terms

detailed above are hereby approved and accepted by the United States of America.

Dated: 10/22/99

APPROVED AS TO LEGAL
FORM AND SUFFICIENCY

_____
OFFICE OF REGIONAL SOLICITOR
DEPARTMENT OF THE INTERIOR

By _____
Acting   Regional Director, Mid-Pacific
         Region, Bureau of Reclamation

-6-

# EXHIBIT 7

Irrigation and M&I
Contract No. 14-06-200-3365A-IR17-C
(Partial Assignment from Mercy Springs)

1      UNITED STATES
2      DEPARTMENT OF THE INTERIOR
3      BUREAU OF RECLAMATION
4      Central Valley Project, California

5      INTERIM RENEWAL CONTRACT BETWEEN THE UNITED STATES
6      AND
7      WESTLANDS WATER DISTRICT DISTRIBUTION DISTRICT NO. 2
8      PROVIDING FOR PROJECT WATER SERVICE
9      FROM THE SAN LUIS UNIT AND DELTA DIVISION

10     THIS CONTRACT, made this $29th$ day of $February$ , 2020,

11     in pursuance generally of the Act of June 17, 1902 (32 Stat. 388), and acts amendatory or

12     supplementary thereto, including, but not limited to, the acts of August 26, 1937 (50 Stat. 844),

13     as amended and supplemented, August 4, 1939 (53 Stat. 1187), as amended and supplemented,

14     July 2, 1956 (70 Stat. 483), June 21, 1963 (77 Stat. 68), October 12, 1982 (96 Stat. 1263), as

15     amended, and Title XXXIV of the Act of October 30, 1992 (106 Stat. 4706), all collectively

16     hereinafter referred to as Federal Reclamation law, between the UNITED STATES OF

17     AMERICA, hereinafter referred to as the United States, and WESTLANDS WATER DISTRICT

18     DISTRIBUTION DISTRICT NO. 2, hereinafter referred to as the Contractor, a public agency of

19     the State of California, duly organized, existing, and acting pursuant to the laws thereof;

20     WITNESSETH, That:

21     EXPLANATORY RECITALS

22     WHEREAS, the United States and the Mercy Springs Water District (Mercy

23     Springs) entered into interim renewal Contract (long-form interim renewal contract)

24     No. 14-06-200-3365A-IR1 which provided for the continued water service of 13,300 acre-feet of

Irrigation and/or M&I
Contract No. 14-06-200-3365A-IR17-C
(Partial Assignment from Mercy Springs)

25 Central Valley Project (CVP) water to Mercy Springs following expiration of Contract

26 No. 14-06-200-3365A; and

27         WHEREAS, the United States and Mercy Springs entered into successive

28 renewals, of which the last long-form interim renewal contract was Contract

29 No. 14-06-200-3365A-IR5-A; and

30         WHEREAS, on March 1, 2003, the Contractor, Mercy Springs, and the United

31 States executed a partial assignment agreement, "Agreement for Partial Assignment of Water

32 Service Contract", which assigned to the Contractor the rights, duties, and obligations of Mercy

33 Springs in Contract No. 14-06-200-3365A-IR7-A for 4,198 acre-feet; and

34         WHEREAS, the United States and the Contractor entered into the first

35 long-form interim renewal contract identified as Contract No. 14-06-200-3365A-IR8-C,

36 hereinafter referred to as IR8-C; and

37         WHEREAS, the United States and the Contractor have entered into successive

38 renewals of IR8-C, the most recent of which is Contract No. 14-06-200-3365A-IR16-C,

39 hereinafter referred to as IR16-C, effective March 1, 2018, through February 28, 2020; and

40         WHEREAS, the United States and the Contractor have made significant progress

41 in their negotiations of a long-term renewal contract, believe that further negotiations on the

42 long-term renewal contract would be beneficial, and mutually commit to continue to negotiate to

43 seek to reach agreement, but anticipate that the environmental documentation necessary for

44 execution of any long-term renewal contract may be delayed for reasons beyond the control of

45 the parties; and

46         WHEREAS, the Contractor has requested a subsequent interim renewal contract

47 pursuant to IR16-C; and

2

Irrigation and/or M&I
Contract No. 14-06-200-3365A-IR17-C
(Partial Assignment from Mercy Springs)

48        WHEREAS, the United States has determined that the Contractor has to date

49   fulfilled all of its obligations under IR16-C; and

50        WHEREAS, the United States is willing to renew IR16-C pursuant to the terms

51   and conditions set forth below;

52        NOW, THEREFORE, in consideration of the mutual and dependent covenants

53   herein contained, it is hereby mutually agreed by the parties hereto as follows:

54                      RENEWAL AND REVISION OF
55             CONTRACT NO. 14-06-200-3365A-IR16-C

56   1.        Except as specifically modified by this Contract, all provisions of IR16-C are

57   renewed with the same force and effect as if they were included in full text with the exception of

58   Article 1 of IR16-C thereof, which is revised as follows:

59        (a)        The first sentence in subdivision (a) of Article 1 of IR16-C is replaced

60   with the following language: "This Contract shall be effective from March 1, 2020, and shall

61   remain in effect through February 28, 2022, and thereafter will be renewed as described in

62   Article 2 of IR8 if a long-term renewal contract has not been executed with an effective

63   commencement date of March 1, 2022 or until the Contract Between the United States and

64   Westlands Water District Distribution District No. 2 Providing for Project Water Service and

65   Facilities Repayment, which will be executed pursuant to section 4011 of the Water

66   Infrastructure Improvements for the Nation Act, Public Law 114-322, and other Federal

67   Reclamation law, is in effect."

68        (b)        Subdivision (b) of Article 1 of IR16-C is amended by deleting the date

69   "February 15, 2020," and replacing same with the date "February 15, 2022."

3

Irrigation and/or M&I
Contract No. 14-06-200-3365A-IR17-C
(Partial Assignment from Mercy Springs)

70            (c)     Subdivision (c) of Article 1 of IR16-C is amended by deleting the dates

71    "February 1, 2020," "February 15, 2020," and "February 29, 2020," and replacing same with

72    the dates "February 1, 2022," "February 15, 2022," and "February 28, 2022," respectively.

Irrigation and/or M&I
Contract No. 14-06-200-3365A-IR17-C
(Partial Assignment from Mercy Springs)

73          IN WITNESS WHEREOF, the parties hereto have executed this Contract as of

74    the day and year first above written.

APPROVED AS TO LEGAL
FORM AND SUFFICIENCY

75    OFFICE OF REGIONAL SOLICITOR          UNITED STATES OF AMERICA
      DEPARTMENT OF THE INTERIOR

76                                          By:
77                                                Regional Director
78                                                Interior Region 10 – California Great Basin
79                                                Bureau of Reclamation

80

81                                          WESTLANDS WATER DISTRICT
82                                          DISTRIBUTION DISTRICT NO. 2

83                                          By:
84                                                President of the Board of Directors
85    Attest:

86    By:
87          Secretary of the Board of Directors

5