JEAN E. WILLIAMS, Acting Assistant Attorney General
JEFFREY N. CANDRIAN, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Bar No. 43839 (Colorado)
999 18th St. S. Terrace #370
Denver, CO 80202
jeffrey.candrian@usdoj.gov
Telephone: (303) 844-1382
Fax: (303) 844-1350
Attorney for Defendants U.S. Department of Interior,
Bureau of Reclamation

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL., <br><br> Defendants, <br><br> and <br><br> WESTLANDS WATER DISTRICT, ET AL., <br><br> Intervenor-Defendants. | CASE NO. 1:16-cv-00307-DAD-SKO <br><br> **FEDERAL DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STAY** <br><br> DISTRICT JUDGE DALE A. DROZD <br> MAGISTRATE JUDGE S. OBERTO |

On April 5, 2021, Federal Defendants filed a motion requesting a stay of this case until May 12, 2021 ("Motion"). ECF No. 141. This Court has already granted similar stay requests in two related cases: *Center for Biological Diversity et al. v. United States Bureau of Reclamation et al.*, 1:20-cv-706-DAD-EPG (ECF No. 36) and *Hoopa Valley Tribe v. United States Bureau of Reclamation et al.*, 1:20-cv-01814−DAD-EPG (ECF No. 48). Plaintiffs filed a response opposing Federal Defendants' Motion on April 20, even though Federal Defendants' stay request—if

approved today—would now only stay the case for three weeks. Federal Defendants respectfully request that the Court grant its short stay request for the reasons stated in their Motion.

DATED: April 21, 2021.

Respectfully submitted,

JEAN E. WILLIAMS, Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/ *Jeffrey N. Candrian*
JEFFREY N. CANDRIAN
Attorney for the U.S. Department of the Interior, U.S. Bureau of Reclamation

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2021, I electronically filed the **FEDERAL DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STAY** with the Clerk of Court using the ECF system, which automatically will send email notification to the attorneys of record.

*/s/ Jeffrey N. Candrian*
JEFFREY N. CANDRIAN