JEAN E. WILLIAMS, Acting Assistant Attorney General
Environment & Natural Resources Division
JEFFREY S. THOMAS, Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-3553
Facsimile: (202) 305-0506
jeffrey.thomas2 @usdoj.gov
*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.<br><br>　　　　Defendants. | Case No. 1:20−cv−01814−DAD-EPG<br><br>**DECLARATION OF LISA M. HOLM IN SUPPORT OF FEDERAL DEFENDANTS' MOTION TO CONSOLIDATE** |

## **DECLARATION**

I, Lisa M. Holm, declare as follows:

1. I submit this declaration in support of the Federal Defendants' Motion to Consolidate. the following facts are within my personal knowledge.

2. I am employed as a Supervisory Repayment Specialist with the U.S. Bureau of Reclamation (Reclamation) in the Department of the Interior, with an educational background in Mechanical and Environmental Engineering. I have been employed by Reclamation since 2008. My current responsibilities include supervision of the water rights and water supply contracting staff. In October 2019 I took over functional responsibility for program-level management of the Water Infrastructure Improvements for the Nation Act (WIIN) contract conversions within the Central Valley Project.

3. As the program manager of the WIIN Act contract conversions within the Central Valley Project ("CVP"), I review for accuracy and completeness all contracts before they are executed by the Regional Director of the California-Great Basin Region and I track the status of all potential and completed contracts.

4. At this time, Reclamation has CVP-related contracts with 234 local water contractors.

5. Of those, approximately 200 contractors hold contracts that potentially qualify for conversion, and approximately 80 have requested that their contracts be converted pursuant to the WIIN Act.

6. To date, Reclamation has converted 68 contracts pursuant to the WIIN Act and 22 contracts are in the process of being converted.

7. Approximately 120 contractors have water service contracts or renewable term repayment contracts and have not requested conversion pursuant to the WIIN Act.

8. Having managed the conversion of these contracts, I can state that these contract conversions modify the terms of repayment of long-term capital construction costs related to the CVP. Namely, conversion contracts accelerate repayment of CVP-related construction costs from the original due date of 2030 pursuant to the provisions of §

4011(a)(2) of the WIIN Act. Depending on the particular conversion contract, repayment now ranges from immediate repayment to, at the latest, repayment by 2023.

9. The conversion contracts do not alter the *status quo* as to water delivery and therefore do not affect water levels. In other words, the quantities of water to be delivered and the timing of those deliveries are unaffected by the contract conversions.

10. The converted contracts, just like the prior contracts, condition water delivery on the Federal Defendants' ability to comply with federal reclamation law.

I declare under penalty of perjury that the foregoing information is true and correct. Executed this 24th day of May 2021, in Sacramento, California.

_____
Lisa M Holm, PE