TODD KIM, Assistant Attorney General
JEFFREY N. CANDRIAN, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Bar No. 43839 (Colorado)
999 18th St. S. Terrace #370
Denver, CO 80202
jeffrey.candrian@usdoj.gov
Telephone: (303) 844-1382
Fax: (303) 844-1350
Attorney for Defendants U.S. Department of Interior,
Bureau of Reclamation

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL., <br><br> Defendants, <br><br> and <br><br> WESTLANDS WATER DISTRICT, ET AL., <br><br> Intervenor-Defendants. | CASE NO. 1:16-cv-00307-DAD-SKO <br><br> **FEDERAL DEFENDANTS' NOTICE OF WITHDRAWING MOTION TO CONSOLIDATE** <br><br> DISTRICT JUDGE DALE A. DROZD <br> MAGISTRATE JUDGE S. OBERTO |

## NOTICE OF WITHDRAWING MOTION TO CONSOLIDATE

On May 24, 2021, the United States moved to consolidate this case with two closely related cases: *Hoopa Valley Tribe v. United States Bureau of Reclamation*, 1:20-cv-01814−DAD-EPG ("*Hoopa Valley*") and *Center for Biological Diversity v. United States Bureau of Reclamation*, No. 1:20-cv-00706-DAD-EPG (hereinafter, "*CBD*"). ECF No. 147. On November 17, 2021, the Court ordered the parties to address whether these three cases should still be consolidated in light of

"significantly changed" circumstances. ECF No. 152. Although the Federal Defendants' motions were meritorious when filed, the Court is correct that circumstances have changed. Because these three cases have taken different procedural paths, many of the efficiencies that existed six months ago are no longer present.

Accordingly, the Federal Defendants withdraw their Motion to Consolidate.[1]

DATED: November 29, 2021.

        TODD KIM, Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

        /s/ *Jeffrey N. Candrian*
        JEFFREY N. CANDRIAN
        Attorney for the U.S. Department of the Interior, U.S. Bureau of Reclamation

---

[1] The Federal Defendants are also withdrawing their Motions to Consolidate in the *Hoopa Valley* and *CBD* cases.

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2021, I electronically filed the **FEDERAL DEFENDANTS' NOTICE OF WITHDRAWING MOTION TO CONSOLIDATE** with the Clerk of Court using the ECF system, which automatically will send email notification to the attorneys of record.

*/s/ Jeffrey N. Candrian*
JEFFREY N. CANDRIAN