# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**North Coast Rivers Alliance , et al. ,**                    CASE NO:  1:16–CV–00307–DAD–SKO

vs.                                        **SUMMONS IN A CIVIL CASE**

**United States Department of the Interior , et al. ,**

TO:   **Pixley Irrigation District, Placer County
Water Agency, Proberta Water District,
Reclamation District 1606, Sacramento County
Water Agency, Sacramento Municipal Utility
District**

Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on:

**Stephan Coles Volker
Law Offices of Stephan C. Volker
1633 University Avenue
Berkeley, CA 94703**

an answer to the complaint which is served on you with this summons, **within 21 days after
service of this summons on you**, exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.  Any answer that you serve
on the parties to this action must be filed with the Clerk of this Court within a reasonable period
of time after service.

**KEITH HOLLAND**
CLERK

**/s/  A. Jessen**
(By) DEPUTY CLERK



**ISSUED ON 2021–12–03 13:20:44
CLERK, USDC EDCA**

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

_____

_____

☐ Other (specify) :_____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     _____      _____
                            Date                          *Signature of Server*

                                              _____
                                              *Address of Server*