TODD KIM, Assistant Attorney General
JEFFREY N. CANDRIAN, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Bar No. 43839 (Colorado)
999 18th St. S. Terrace #370
Denver, CO 80202
jeffrey.candrian@usdoj.gov
Telephone: (303) 844-1382
Fax: (303) 844-1350
Attorney for Defendants U.S. Department of Interior,
Bureau of Reclamation

STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES, ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, and UNITED STATES BUREAU OF RECLAMATION, ,<br><br>Defendants,<br><br>and<br><br>WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT, and PANOCHE WATER DISTRICT<br><br>Intervenor-Defendants. | Case No. 1:16-cv-00307-DAD-SKO<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE THIRD AMENDED AND SUPPLEMENTAL COMPLAINT**<br><br><br>DISTRICT JUDGE DALE A. DROZD<br>MAGISTRATE JUDGE SHEILA K. OBERTO |

Pursuant to Local Rule 144(a), Plaintiffs North Coast Rivers Alliance, California Sportfishing Protection Alliance, Pacific Coast Federation of Fishermen's Associations, San

Francisco Crab Boat Owners Association, Inc., and Institute for Fisheries Resources ("Plaintiffs"); United States Department of the Interior and the United States Bureau of Reclamation ("Federal Defendants"); and Intervenor Defendants Westlands Water District, San Luis Water District, and Panoche Water District ("Intervenors"), through undersigned counsel, do jointly stipulate to an extension of time of 28 days for Federal Defendants and Intervenors to respond to Plaintiffs' Third Amended and Supplemental Complaint ("TASC"), from December 15, 2021, up to and including January 12, 2022. This is the first requested extension of time to respond to the TASC.

Respectfully submitted December 14, 2021.

| | |
|---|---|
| Dated: December 14, 2021 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | _/s/ Jeffrey N. Candrian (on behalf of CJL)_<br>CYNTHIA J. LARSEN |
| | Attorneys for Defendant-Intervenor<br>WESTLANDS WATER DISTRICT |
| Dated: December 14, 2021 | LAW OFFICES OF STEPHAN C. VOLKER |
| | _/s/ Jeffrey N. Candrian (on behalf of SCV)_<br>STEPHAN C. VOLKER |
| | Attorney for Plaintiffs<br>NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION and INSTITUTE FOR FISHERIES RESOURCES |
| Dated: December 14, 2021 | UNITED STATES DEPARTMENT OF JUSTICE |
| | _/s/ Jeffrey N. Candrian_<br>JEFFREY N. CANDRIAN |

|   |   |   |
|---|---|---|
| | | Attorney for FEDERAL DEFENDANTS |
| Dated: December 14, 2021 | | DUANE MORRIS LLP |
| | | */s/ Jeffrey N. Candrian (on behalf of TMB)*<br>THOMAS M. BERLINER |
| | | Attorney for Defendant-Intervenor<br>SAN LUIS WATER DISTRICT |
| Dated: December 14, 2021 | | WELTY, WEAVER & CURRIE |
| | | */s/ Jeffrey N. Candrian (on behalf of PW)*<br>PHILIP WILLIAMS |
| | | Attorney for Defendant-Intervenor<br>PANOCHE WATER DISTRICT |

**IT IS SO ORDERED.**

Dated:

———————————————
DALE A. DROZD
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, I electronically filed the **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE THIRD AMENDED AND SUPPLEMENTAL COMPLAINT** with the Clerk of Court using the ECF system, which automatically will send email notification to the attorneys of record.

*/s/ Jeffrey N. Candrian*
JEFFREY N. CANDRIAN