TODD KIM, Assistant Attorney General
JEFFREY N. CANDRIAN, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Bar No. 43839 (Colorado)
999 18th St. S. Terrace #370
Denver, CO 80202
jeffrey.candrian@usdoj.gov
Telephone: (303) 844-1382
Fax: (303) 844-1350
Attorney for Defendants U.S. Department of Interior,
Bureau of Reclamation

STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES, ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, and UNITED STATES BUREAU OF RECLAMATION, ,<br><br>Defendants,<br><br>and<br><br>WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT, and PANOCHE WATER DISTRICT<br><br>Intervenor-Defendants. | Case No. 1:16-cv-00307-DAD-SKO<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE THIRD AMENDED AND SUPPLEMENTAL COMPLAINT**<br><br>(Doc. 171)<br><br>DISTRICT JUDGE DALE A. DROZD<br>MAGISTRATE JUDGE SHEILA K. OBERTO |

Pursuant to Local Rule 144(a), Plaintiffs North Coast Rivers Alliance, California Sportfishing Protection Alliance, Pacific Coast Federation of Fishermen's Associations, San

Francisco Crab Boat Owners Association, Inc., and Institute for Fisheries Resources ("Plaintiffs"); United States Department of the Interior and the United States Bureau of Reclamation ("Federal Defendants"); and Intervenor Defendants Westlands Water District, San Luis Water District, and Panoche Water District ("Intervenors"), through undersigned counsel, do jointly stipulate to an extension of time of 28 days for Federal Defendants and Intervenors to respond to Plaintiffs' Third Amended and Supplemental Complaint ("TASC"), from December 15, 2021, up to and including January 12, 2022. This is the first requested extension of time to respond to the TASC.

Respectfully submitted December 14, 2021.

Dated:  December 14, 2021          ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ *Jeffrey N. Candrian (on behalf of CJL)*
CYNTHIA J. LARSEN

Attorneys for Defendant-Intervenor
WESTLANDS WATER DISTRICT

Dated:  December 14, 2021          LAW OFFICES OF STEPHAN C. VOLKER

/s/ *Jeffrey N. Candrian (on behalf of SCV)*
STEPHAN C. VOLKER

Attorney for Plaintiffs
NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION and INSTITUTE FOR FISHERIES RESOURCES

Dated:  December 14, 2021          UNITED STATES DEPARTMENT OF JUSTICE

 /s/ *Jeffrey N. Candrian*
JEFFREY N. CANDRIAN

Attorney for FEDERAL DEFENDANTS

Dated: December 14, 2021                DUANE MORRIS LLP

*/s/ Jeffrey N. Candrian (on behalf of TMB)*
THOMAS M. BERLINER

Attorney for Defendant-Intervenor
SAN LUIS WATER DISTRICT

Dated: December 14, 2021                WELTY, WEAVER & CURRIE

*/s/ Jeffrey N. Candrian (on behalf of PW)*
PHILIP WILLIAMS

Attorney for Defendant-Intervenor
PANOCHE WATER DISTRICT

## **ORDER**

Pursuant to the parties' above stipulation (Doc. 171), and for good cause shown, IT IS HEREBY ORDERED that the deadline for Federal Defendants and Intervenors to respond to Plaintiffs' Third Amended and Supplemental Complaint is extended from December 15, 2021, to and including January 12, 2022.

IT IS SO ORDERED.

Dated:   **December 15, 2021**                /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE