1  ELIZABETH P. EWENS (SB #213046)
   elizabeth.ewens@stoel.com
2  KRISTEN T. CASTAÑOS (SB #198672)
   kristen.castanos@stoel.com
3  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
4  Sacramento, CA  95814
   Telephone:  916.447.0700
5  Facsimile:  916.447.4781

6  Attorneys for Defendant
   San Juan Water District

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11

12 | NORTH COAST RIVERS ALLIANCE, | Case No. 16-cv-307-DAD-SKO
   | CALIFORNIA SPORTFISHING       |
13 | PROTECTION ALLIANCE, PACIFIC  | STIPULATION AND [PROPOSED]
   | COAST FEDERATION OF FISHERMEN'S | ORDER EXTENDING TIME FOR SAN
   | ASSOCIATIONS, SAN FRANCISCO CRAB | JUAN WATER DISTRICT TO FILE
14 | BOAT OWNERS ASSOCIATION, INC., and | RESPONSIVE PLEADING
   | INSTITUTE FOR FISHERIES RESOURCES, |
15 |                               | Judge:  Hon. Dale A. Drozd
   |            Plaintiffs,         |
16 |                               |
   |         v.                    |
17 |                               |
   | UNITED STATES DEPARTMENT OF THE |
18 | INTERIOR, UNITED STATES BUREAU OF |
   | RECLAMATION, CITY OF FOLSOM; CITY |
19 | OF ROSEVILLE; EAST BAY MUNICIPAL |
   | UTILITY DISTRICT; PLACER COUNTY |
20 | WATER AGENCY; SACRAMENTO       |
   | COUNTY WATER AGENCY;           |
21 | SACRAMENTO MUNICIPAL UTILITY  |
   | DISTRICT; SAN JUAN WATER DISTRICT; |
22 | WESTLANDS WATER DISTRICT       |
   | DISTRIBUTION DISTRICT NO. 1;   |
23 | WESTLANDS WATER DISTRICT       |
   | DISTRIBUTION DISTRICT NO. 2;   |
24 | WESTLANDS WATER DISTRICT       |
   | FINANCING CORPORATION; CITY OF |
25 | WEST SACRAMENTO; CITY OF SHASTA |
   | LAKE; MOUNTAIN GATE COMMUNITY |
26 | SERVICES DISTRICT; SHASTA      |
   | COMMUNITY SERVICES DISTRICT;   |
27 | SHASTA COUNTY WATER AGENCY;    |
   | CITY OF REDDING; 4-M WATER     |
28 | DISTRICT; BELLA VISTA WATER    |

Stoel Rives LLP
Attorneys At Law
Sacramento

STIPULATION EXTENDING TIME FOR
SJWD TO FILE RESPONSIVE PLEADING        -1-                    16-CV-307-DAD-SKO

114240214.1 0075802-00001

DISTRICT; COLUSA COUNTY WATER
DISTRICT; CORNING WATER DISTRICT;
CORTINA WATER DISTRICT; DUNNIGAN
WATER DISTRICT; GLIDE WATER
DISTRICT; KANAWHA WATER DISTRICT;
LA GRANDE WATER DISTRICT; STONY
CREEK WATER DISTRICT; CENTERVILLE
COMMUNITY SERVICES DISTRICT;
CENTRAL SAN JOAQUIN WATER
CONSERVATION DISTRICT; DAVIS
WATER DISTRICT; DEL PUERTO WATER
DISTRICT; GLENN VALLEY WATER
DISTRICT; MYERS-MARSH MUTUAL
WATER COMPANY; ORLAND-ARTOIS
WATER DISTRICT; STOCKTON EAST
WATER DISTRICT; WESTSIDE WATER
DISTRICT; BANTA-CARBONA
IRRIGATION DISTRICT; BYRON
BETHANY IRRIGATION DISTRICT;
EAGLE FIELD WATER DISTRICT;
FRESNO SLOUGH WATER DISTRICT;
HOLTHOUSE WATER DISTRICT; JAMES
IRRIGATION DISTRICT; PROBERTA
WATER DISTRICT; RECLAMATION
DISTRICT 1606; THE WEST SIDE
IRRIGATION DISTRICT; TRANQUILITY
IRRIGATION DISTRICT; WEST
STANISLAUS IRRIGATION DISTRICT;
PATTERSON IRRIGATION DISTRICT;
TRANQUILITY PUBLIC UTILITY
DISTRICT; CLEAR CREEK COMMUNITY
SERVICES DISTRICT; CONTRA COSTA
WATER DISTRICT; PACHECO WATER
DISTRICT; COUNTY OF COLUSA; EL
DORADO IRRIGATION DISTRICT; CITY
OF AVENAL; CITY OF COALINGA; CITY
OF HURON; SAN BENITO COUNTY
WATER DISTRICT; MERCY SPRINGS
WATER DISTRICT; CITY OF LINDSAY;
CITY OF ORANGE COVE; CITY OF
TRACY; COUNTY OF FRESNO; COUNTY
OF MADERA; COUNTY OF TULARE;
HILLS VALLEY IRRIGATION DISTRICT;
INTERNATIONAL WATER DISTRICT;
KERN-TULARE WATER DISTRICT;
LAGUNA WATER DISTRICT; LOWER
TULE RIVER IRRIGATION DISTRICT;
PIXLEY IRRIGATION DISTRICT; THE
COELHO FAMILY TRUST; and TRI
VALLEY WATER DISTRICT,

Defendants,

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION EXTENDING TIME FOR
SJWD TO FILE RESPONSIVE PLEADING

-2-

16-CV-307-DAD-SKO

114240214.1 0075802-00001

1  WESTLANDS WATER DISTRICT, SAN
   LUIS WATER DISTRICT, and PANOCHE
2  WATER DISTRICT,

3              Intervenor-Defendants.

4

5          Pursuant to Local Rule 144, Plaintiffs North Coast Rivers Alliance, California Sportfishing

6  Protection Alliance, Pacific Coast Federation of Fishermen's Associations, San Francisco Crab

7  Boat Owners Association, Inc., and Institute for Fisheries Resources (collectively, "Plaintiffs") and

8  Defendant San Juan Water District ("SJWD"), by and through undersigned counsel, do jointly

9  stipulate that the deadline for SJWD to response to Plaintiffs' Third Amended and Supplemental

10 Complaint for Declaratory and Injunctive Relief be continued to March 7, 2022.  This is the first

11 requested extension of this deadline.  In support of the requested extension, the Plaintiffs and SJWD

12 state as follows:

13         1.      Plaintiffs filed the Third Amended and Supplemental Complaint for Declaratory and

14 Injunctive Relief ("TASC") with the Court on December 1, 2021.  [Dkt. No. 156].  The TASC

15 added new defendant parties to the litigation, including SJWD.  The civil summons was issued to

16 SJWD on December 3, 2021.  [Dkt. No. 168].

17         2.      On or about January 31, 2022, counsel for Plaintiffs requested SJWD waive personal

18 service of the summons and TASC and accept service through its counsel of record.  SJWD agreed

19 to accept electronic service of the summons and TASC.

20         3.      The Parties agreed to extend the time for SJWD to file a responsive pleading to

21 March 7, 2022.

22         4.       The Parties have not requested, and the Court has not granted, any prior extensions

23 of time for SJWD to file a responsive pleading.

24         5.      SJWD shall have to March 7, 2022 to file an answer or to otherwise respond to

25 Plaintiffs' TASC.

26 / / /

27 / / /

28 / / /

Stoel Rives LLP
Attorneys At Law
Sacramento

STIPULATION EXTENDING TIME FOR
SJWD TO FILE RESPONSIVE PLEADING          -3-          16-CV-307-DAD-SKO
114240214.1 0075802-00001

1    IT IS SO STIPULATED.

2

3    DATED:  February 9, 2022                    LAW OFFICES OF STEPHAN VOLKER

4

5                                               By:  /s/ Stephan C. Volker (as authorized on
                                                     2/9/22)
6                                               STEPHAN C. VOLKER
                                                Attorneys for Plaintiffs
7

8    DATED:  February 9, 2022                    STOEL RIVES LLP

9

10                                              By:/s/ Elizabeth P. Ewens
                                                ELIZABETH P. EWENS
11                                              Attorneys for Defendant
                                                San Juan Water District
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stoel Rives LLP
Attorneys At Law
Sacramento

STIPULATION EXTENDING TIME FOR
SJWD TO FILE RESPONSIVE PLEADING                -4-                16-CV-307-DAD-SKO

114240214.1 0075802-00001

1

[PROPOSED] ORDER

2
Pursuant to Plaintiffs and Defendant San Juan Water Districts' above-stipulation, it is

3
ORDERED THAT:

4
1.  The deadline for Defendant San Juan Water District to file an answer or to otherwise

5
respond to Plaintiffs' TASC is extended to March 7, 2022.

6

7
IT IS SO ORDERED.

8

9
Dated: _____

10
_____

Hon. Dale A. Drozd
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION EXTENDING TIME FOR
SJWD TO FILE RESPONSIVE PLEADING
-5-
16-CV-307-DAD-SKO
114240214.1 0075802-00001