MARIO U. ZAMORA, #258721
SEBASTIAN L. SILVEIRA, #333098
GRISWOLD, LaSALLE, COBB,
    DOWD & GIN, L.L.P.
111 E. Seventh Street
Hanford, CA 93230
Telephone: (559) 584-6656
Facsimile: (559) 582-3106
E-mails: zamora@griswoldlasalle.com; silveira@griswoldlasalle.com
Attorneys for: Defendants, City of Coalinga and City of Lindsay

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES BUREAU OF RECLAMATION, CITY OF FOLSOM; CITY OF ROSEVILLE; EAST BAY MUNICIPAL UTILITY DISTRICT; PLACER COUNTY WATER AGENCY; SACRAMENTO COUNTY WATER AGENCY; SACRAMENTO MUNICIPAL UTILITY DISTRICT; SAN JUAN WATER DISTRICT; WESTLANDS WATER DISTRICT DISTRIBUTION DISTRICT NO. 1; WESTLANDS WATER DISTRICT DISTRIBUTION DISTRICT NO. 2; WESTLANDS WATER DISTRICT FINANCING CORPORATION; CITY OF WEST SACRAMENTO; CITY OF SHASTA LAKE; MOUNTAIN GATE COMMUNITY SERVICES DISTRICT; SHASTA COMMUNITY SERVICES DISTRICT; SHASTA COUNTY WATER AGENCY; CITY OF REDDING; 4-M WATER DISTRICT; BELLA VISTA WATER | Case No.: 1:16-cv-307<br><br>**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT** |

1

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

| | |
|---|---|
| 1 | DISTRICT; COLUSA COUNTY WATER DISTRICT; CORNING WATER DISTRICT; CORTINA WATER DISTRICT; DUNNIGAN WATER DISTRICT; GLIDE WATER DISTRICT; KANAWHA WATER DISTRICT; LA GRANDE WATER DISTRICT; STONY CREEK WATER DISTRICT; CENTERVILLE COMMUNITY SERVICES DISTRICT; CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT; DAVIS WATER DISTRICT; DEL PUERTO WATER DISTRICT; GLENN VALLEY WATER DISTRICT; MYERS-MARSH MUTUAL WATER COMPANY; ORLAND-ARTOIS WATER DISTRICT; STOCKTON EAST WATER DISTRICT; WESTSIDE WATER DISTRICT; BANTA-CARBONA IRRIGATION DISTRICT; BYRON BETHANY IRRIGATION DISTRICT; EAGLE FIELD WATER DISTRICT; FRESNO SLOUGH WATER DISTRICT; HOLTHOUSE WATER DISTRICT; JAMES IRRIGATION DISTRICT; PROBERTA WATER DISTRICT; RECLAMATION DISTRICT 1606; THE WEST SIDE IRRIGATION DISTRICT; TRANQUILITY IRRIGATION DISTRICT; WEST STANISLAUS IRRIGATION DISTRICT; PATTERSON IRRIGATION DISTRICT; TRANQUILITY PUBLIC UTILITY DISTRICT; CLEAR CREEK COMMUNITY SERVICES DISTRICT; CONTRA COSTA WATER DISTRICT; PACHECO WATER DISTRICT; COUNTY OF COLUSA; EL DORADO IRRIGATION DISTRICT; CITY OF AVENAL; CITY OF COALINGA; CITY OF HURON; SAN BENITO COUNTY WATER DISTRICT; MERCY SPRINGS WATER DISTRICT; CITY OF LINDSAY; CITY OF ORANGE COVE; CITY OF TRACY; COUNTY OF FRESNO; COUNTY OF MADERA; COUNTY OF TULARE; HILLS VALLEY IRRIGATION DISTRICT; INTERNATIONAL WATER DISTRICT; KERN-TULARE WATER DISTRICT; LAGUNA WATER DISTRICT; LOWER TULE RIVER IRRIGATION DISTRICT; PIXLEY IRRIGATION DISTRICT; THE COELHO FAMILY TRUST; and TRI VALLEY WATER DISTRICT, | |

2

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

Defendants,

WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT, and PANOCHE WATER DISTRICT,

Intervenor-Defendants.

Defendants CITY OF LINDSAY ("City of Lindsay") and CITY OF COALINGA ("City of Coalinga") (collectively "Defendants") hereby submit the following Answer to the Third Amended Complaint of Plaintiffs NORTH COAST RIVERS ALLIANCE, et al. ("Plaintiffs"). Defendants by and through their counsel, hereby answer and assert defenses to each numbered paragraph of Plaintiffs' Third Amended Complaint for Declaratory and Injunctive Relief filed December 1, 2021. The numbered paragraphs of this Answer correspond to the numbered paragraphs of the Third Amended Complaint.

Defendants hereby answer the Complaint as follows:

1. Responding to Paragraph 1, Defendants deny said allegations.

2. Responding to Paragraph 2, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

3. Responding to Paragraph 3, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

4. Responding to Paragraph 4, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

5. Responding to Paragraph 5, Defendants deny said allegations.

6. Responding to Paragraph 6, Defendants deny said allegations.

7. Responding to Paragraph 7, Defendants deny said allegations.

8. Responding to Paragraph 8, Defendants deny said allegations.

9. Responding to Paragraph 9, Defendants deny said allegations.

10. Responding to Paragraph 10, Defendants deny said allegations.

11. Responding to Paragraph 11, Defendants deny said allegations.

12. Responding to Paragraph 12, Defendants deny said allegations.

3

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

13. Responding to Paragraph 13, Defendants deny said allegations.

14. Responding to Paragraph 14, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

15. Responding to Paragraph 15, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

## JURISDICTION AND VENUE

16. Responding to Paragraph 16, Defendants admit said allegations.

17. Responding to Paragraph 17, Defendants admit said allegations.

18. Responding to Paragraph 18, Defendants deny said allegations.

19. Responding to Paragraph 19, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

20. Responding to Paragraph 20, Defendants deny said allegations.

21. Responding to Paragraph 21, Defendants deny said allegations.

22. Responding to Paragraph 22, Defendants deny said allegations.

23. Responding to Paragraph 23, Defendants deny said allegations.

## PARTIES

24. Responding to Paragraph 24, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

25. Responding to Paragraph 25, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

26. Responding to Paragraph 26, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

27. Responding to Paragraph 27, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

28. Responding to Paragraph 28, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

4

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

29. Responding to Paragraph 29, Defendants deny said allegations.

30. Responding to Paragraph 30, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

31. Responding to Paragraph 31, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

32. Responding to Paragraph 32, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

33. Responding to Paragraph 33, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

34. Responding to Paragraph 34, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

35. Responding to Paragraph 35, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

36. Responding to Paragraph 36, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

37. Responding to Paragraph 37, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

38. Responding to Paragraph 38, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

39. Responding to Paragraph 39, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

40. Responding to Paragraph 40, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

41. Responding to Paragraph 41, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

42. Responding to Paragraph 42, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

//

5

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

43. Responding to Paragraph 43, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

44. Responding to Paragraph 44, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

45. Responding to Paragraph 45, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

46. Responding to Paragraph 46, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

47. Responding to Paragraph 47, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

48. Responding to Paragraph 48, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

49. Responding to Paragraph 49, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

50. Responding to Paragraph 50, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

51. Responding to Paragraph 51, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

52. Responding to Paragraph 52, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

53. Responding to Paragraph 53, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

54. Responding to Paragraph 54, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

55. Responding to Paragraph 55, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

56. Responding to Paragraph 56, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

57. Responding to Paragraph 57, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

58. Responding to Paragraph 58, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

59. Responding to Paragraph 59, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

60. Responding to Paragraph 60, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

61. Responding to Paragraph 61, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

62. Responding to Paragraph 62, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

63. Responding to Paragraph 63, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

64. Responding to Paragraph 64, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

65. Responding to Paragraph 65, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

66. Responding to Paragraph 66, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

67. Responding to Paragraph 67, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

68. Responding to Paragraph 68, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

69. Responding to Paragraph 69, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

70. Responding to Paragraph 70, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

7

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

71. Responding to Paragraph 71, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

72. Responding to Paragraph 72, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

73. Responding to Paragraph 73, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

74. Responding to Paragraph 74, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

75. Responding to Paragraph 75, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

76. Responding to Paragraph 76, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

77. Responding to Paragraph 77, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

78. Responding to Paragraph 78, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

79. Responding to Paragraph 79, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

80. Responding to Paragraph 80, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

81. Responding to Paragraph 81, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

82. Responding to Paragraph 82, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

83. Responding to Paragraph 83, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

84. Responding to Paragraph 84, City of Coalinga admits said allegations.

//

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

85. Responding to Paragraph 85, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

86. Responding to Paragraph 86, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

87. Responding to Paragraph 87, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

88. Responding to Paragraph 88, City of Lindsay admits said allegations.

89. Responding to Paragraph 89, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

90. Responding to Paragraph 90, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

91. Responding to Paragraph 91, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

92. Responding to Paragraph 92, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

93. Responding to Paragraph 93, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

94. Responding to Paragraph 94, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

95. Responding to Paragraph 95, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

96. Responding to Paragraph 96, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

97. Responding to Paragraph 97, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

98. Responding to Paragraph 98, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

//

9

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

99. Responding to Paragraph 99, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

100. Responding to Paragraph 100, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

101. Responding to Paragraph 101, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

102. Responding to Paragraph 102, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

103. Responding to Paragraph 103, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

104. Responding to Paragraph 104, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

## BACKGROUND

105. Responding to Paragraph 105, Defendants deny Plaintiff's first sentence and as to the remaining allegations, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

106. Responding to Paragraph 106, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

107. Responding to Paragraph 107, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

108. Responding to Paragraph 108, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

109. Responding to Paragraph 109, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

110. Responding to Paragraph 110, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

//

10

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

111. Responding to Paragraph 111, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

112. Responding to Paragraph 112, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

113. Responding to Paragraph 113, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

114. Responding to Paragraph 114, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

115. Responding to Paragraph 115, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

116. Responding to Paragraph 116, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

117. Responding to Paragraph 117, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

118. Responding to Paragraph 118, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

119. Responding to Paragraph 119, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

120. Responding to Paragraph 120, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

121. Responding to Paragraph 121, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

122. Responding to Paragraph 122, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

123. Responding to Paragraph 123, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

124. Responding to Paragraph 124, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

11

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

125. Responding to Paragraph 125, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

126. Responding to Paragraph 126, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

127. Responding to Paragraph 127, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

128. Responding to Paragraph 128, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

129. Responding to Paragraph 129, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

130. Responding to Paragraph 130, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

131. Responding to Paragraph 131, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

132. Responding to Paragraph 132, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

133. Responding to Paragraph 133, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

134. Responding to Paragraph 134, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

135. Responding to Paragraph 135, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

136. Responding to Paragraph 136, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

137. Responding to Paragraph 137, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

138. Responding to Paragraph 138, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

# FIRST CLAIM FOR RELIEF

**(Violation of National Environmental Policy Act - Failure to Prepare an EIS for Repayment Contracts)**

139. Defendants incorporate by reference each admission, denial, and allegation set forth in the foregoing paragraphs.

140. Responding to Paragraph 140, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

141. Responding to Paragraph 141, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

142. Responding to Paragraph 142, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

143. Responding to Paragraph 143, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

144. Responding to Paragraph 144, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

145. Responding to Paragraph 145, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

146. Responding to Paragraph 146, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

147. Responding to Paragraph 147, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

148. Responding to Paragraph 148, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

149. Responding to Paragraph 149, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

150. Responding to Paragraph 150, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

//

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

151. Responding to Paragraph 151, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

152. Responding to Paragraph 152, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

153. Responding to Paragraph 153, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

154. Responding to Paragraph 154, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

## SECOND CLAIM FOR RELIEF

**(Violation of Central Valley Project Improvement Act - Failure to Prepare an EIS Repayment Contracts)**

155. Defendants incorporate by reference each admission, denial, and allegation set forth in the foregoing paragraphs.

156. Responding to Paragraph 156, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

157. Responding to Paragraph 157, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

158. Responding to Paragraph 158, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

159. Responding to Paragraph 159, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

## THIRD CLAIM FOR RELIEF

**(Violation of 43 U.S.C. §§ 423e and 511 Requiring Validation Judgments for CVP Water Contracts )**

160. Defendants incorporate by reference each admission, denial, and allegation set forth in the foregoing paragraphs.

14

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

161. Responding to Paragraph 161, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

162. Responding to Paragraph 162, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

163. Responding to Paragraph 163, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

164. Responding to Paragraph 164, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

165. Responding to Paragraph 165, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

166. Responding to Paragraph 166, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

167. Responding to Paragraph 167, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

168. Responding to Paragraph 168, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

169. Responding to Paragraph 169, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

170. Responding to Paragraph 170, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

171. Responding to Paragraph 171, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

172. Responding to Paragraph 172, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

173. Responding to Paragraph 173, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

174. Responding to Paragraph 174, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

175. Responding to Paragraph 175, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

176. Responding to Paragraph 176, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

177. Responding to Paragraph 177, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

178. Responding to Paragraph 178, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

179. Responding to Paragraph 179, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

180. Responding to Paragraph 180, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

181. Responding to Paragraph 181, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

182. Responding to Paragraph 182, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

183. Responding to Paragraph 183, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

## FOURTH CLAIM FOR RELIEF

**(Violation of Reclamation Law Requirements for CVP Water Contracts)**

184. Defendants incorporate by reference each admission, denial, and allegation set forth in the foregoing paragraphs.

185. Responding to Paragraph 185, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

186. Responding to Paragraph 186, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

//

16

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

187. Responding to Paragraph 187, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

188. Responding to Paragraph 188, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

189. Responding to Paragraph 189, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

190. Responding to Paragraph 190, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

191. Responding to Paragraph 191, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

192. Responding to Paragraph 192, Defendants are without sufficient information to admit or deny the allegations contained therein, and on this basis deny said allegations.

## **RESPONSE TO PRAYER FOR RELIEF**

The remainder of the Third Amended Complaint constitutes Plaintiffs' prayer for relief to which no response is required. Defendants deny the Plaintiffs are entitled to any of the relief they seek in their Prayer for Relief, or any relief whatsoever. Defendants deny all allegations in Plaintiffs' Third Amended Complaint, whether express or implied, not otherwise specifically admitted herein. Defendants have insufficient knowledge or information on which to form a belief as to whether Defendants have any additional, yet unstated, defenses available. Defendants reserve the right to assert additional defenses in the event further proceedings indicate it would be appropriate.

## **AFFIRMATIVE DEFENSES**
### **FIRST AFFIRMATIVE DEFENSE**
**(Failure to State a Claim)**

As for a First Affirmative Defense, Defendants allege that the FAC fails to state facts constituting a claim for relief under federal law.

17

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

As for a Second Affirmative Defense, Defendants allege that the FAC, either in whole or in part, is barred by the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

### (Failure to Exhaust Administrative Remedies)

As for a Third Affirmative Defense, Defendants allege that Plaintiffs have failed to exhaust the required administrative remedies necessary in order to prevail upon any of the causes of action alleged in the FAC.

## FOURTH AFFIRMATIVE DEFENSE

### (Laches)

As for a Fourth Affirmative Defense, Defendants allege that the FAC, either in whole or in part, is barred by the doctrine of laches.

## FIFTH AFFIRMATIVE DEFENSE

### (Estoppel)

As for a Fifth Affirmative Defense, Defendants allege that Plaintiffs, by their acts and omissions and otherwise, are estopped from asserting the matters alleged in the FAC.

## SIXTH AFFIRMATIVE DEFENSE

### (No Private Right of Action)

As for a Sixth Affirmative Defense, Defendants allege that Federal law does not authorize a private right of action against Federal Defendants in this matter.

## SEVENTH AFFIRMATIVE DEFENSE

### (Impairment of Contract)

As for a Seventh Affirmative Defense, Defendants allege that the relief Plaintiffs seek is unlawful because it would result in an impairment of Defendants' contracts.

//
//
//

18

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

## EIGHTH AFFIRMATIVE DEFENSE

### (Vagueness)

As for an Eighth Affirmative Defense, Defendants allege that Plaintiffs' claims for relief as pled in the Complaint are vague and uncertain.

## NINTH AFFIRMATIVE DEFENSE

### (Waiver)

As for a Ninth Affirmative Defense, Defendants allege that Plaintiffs' claims are barred by principles of waiver.

## TENTH AFFIRMATIVE DEFENSE

### (Rescission as an Improper Remedy)

As for a Tenth Affirmative Defense, Defendants allege that Plaintiffs' claims seeking rescission is barred by applicable law.

## **PRAYER**

WHEREFORE, Defendant/Defendants requests judgment as follows:

1. That Plaintiffs takes nothing and is awarded no relief by reason of the Third Amended Complaint;

2. That the Court dismiss the Third Amended Complaint in its entirety with prejudice;

3. That Defendants be awarded its costs of suit, including its attorneys' fees to the extent permitted by law or contract; and

4. For such other and further relief as the Court may deem just and proper.

Dated: February 22, 2022  GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.

By: /s/ Mario U. Zamora
MARIO U. ZAMORA
Attorneys for: City of Coalinga and City of Lindsay

19

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, a copy of the foregoing was electronically filed using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

By:     /s/ Sarah Valencia
          SARAH VALENCIA

20

**CITY OF LINDSAY AND CITY OF COALINGA'S ANSWER TO THE THIRD AMENDED COMPLAINT**
*North Coast Rivers Alliance, et al. v. United Stated Department of the Interior, et al.*
Eastern District of California Case Number 1:16-cv-307