JOSEPH M. MARCHINI #082427
LAUREN D. LAYNE #273627
GABRIEL A. DELGADO #294233
JESSICA S. JOHNSON #328222
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 201
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for Defendants TRANQUILLITY IRRIGATION DISTRICT; PACHECO WATER DISTRICT; MERCY SPRINGS WATER DISTRICT; EAGLE FIELD WATER DISTRICT; LAGUNA WATER DISTRICT; FRESNO SLOUGH WATER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTSFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES,

　　　　　Plaintiffs,

　　v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,

　　　　　Defendants,

Case No. 1:16-CV-307 DAD-SKO

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE THIRD AMENDED AND SUPPLEMENTAL COMPLAINT**

**(Fed. R. Civ. P. 6 & Local Rule 144)**

Judge:　Hon. Dale A. Drozd

**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO THIRD AMENDED AND SUPPLEMENTAL COMPLAINT**

Pursuant to Local Rule 144, Defendants TRANQUILLITY IRRIGATION DISTRICT; PACHECO WATER DISTRICT; MERCY SPRINGS WATER DISTRICT; EAGLE FIELD WATER DISTRICT; LAGUNA WATER DISTRICT; and FRESNO SLOUGH WATER

DISTRICT (collectively, "Defendants") and Plaintiffs NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTSFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES (collectively, "Plaintiffs"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs electronically served their Summons (Docs. 162, 163, and 165) and Third Amended and Supplemental Complaint for Declarative and Injunctive Relief ("TASC") (Doc. 156) on the Defendants, and Defendants accepted such electronic service on February 10, 2022;

WHEREAS, counsel for Defendants anticipate the need for an additional amount of time to respond to the TASC due to the complexity of the issues presented and the number of Defendants needing to respond;

WHEREAS, Defendants have requested, and Plaintiffs have consented to, an additional forty (40) days for Defendants to respond to the TASC in addition to the time allowed by pursuant to Federal Rule of Civil Procedure Rule 12(a), which new due date is intended to and shall be **April 12, 2022**;

WHEREAS, as this is the first extension request by Defendants in this action and relating to responding to the TASC, and the Defendants and Plaintiffs have entered into this Stipulation to be filed with the Court, the first twenty-eight (28) days of the extension are authorized under Local Rule 144(a);

WHEREAS, should the Court sign the [Proposed] Order included hereto, Defendants and Plaintiffs agree and hereby request that the Court extend the time to respond to the TASC for the remaining amount of the request for extension.

/ / /

/ / /

/ / /

/ / /

NOW THEREFORE, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel, that Defendants shall answer or otherwise respond to the Third Amended and Supplemental Complaint by **April 12, 2022**.

DATED: February 28, 2022     BAKER MANOCK & JENSEN, PC

By: /s/ Jessica S. Johnson
Joseph M. Marchini
Lauren D. Layne
Gabriel A. Delgado
Jessica S. Johnson
Attorneys for Defendants TRANQUILLITY IRRIGATION DISTRICT; PACHECO WATER DISTRICT; MERCY SPRINGS WATER DISTRICT; EAGLE FIELD WATER DISTRICT; LAGUNA WATER DISTRICT; FRESNO SLOUGH WATER DISTRICT

DATED: February 25, 2022     LAW OFFICES OF STEPHAN C. VOLKER

By: /s/ Stephan C. Volker as authorized on 2/25/2022
Stephan C. Volker
Alexis E. Krieg
Stephanie L. Clarke
Jamey M.B. Volker
Attorneys for Plaintiffs NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTSFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES

**ORDER**

IT IS SO ORDERED

Dated: _____

_____
HON. DALE A. DROZD
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2022, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE THIRD AMENDED AND SUPPLEMENTAL COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send automatically transmit notifications to, and effects service upon, all counsel subscribed to receive notice of filings in this action.

/s/ Janice L. Lewis
Janice L. Lewis