JOSEPH M. MARCHINI #082427
LAUREN D. LAYNE #273627
GABRIEL A. DELGADO #294233
JESSICA S. JOHNSON #328222
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 201
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   Defendants TRANQUILLITY IRRIGATION DISTRICT;
PACHECO WATER DISTRICT; MERCY SPRINGS WATER
DISTRICT; EAGLE FIELD WATER DISTRICT; LAGUNA
WATER DISTRICT; FRESNO SLOUGH WATER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTSFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants, | Case No. 1:16-CV-307 DAD-SKO<br><br>**DESIGNATION OF LEAD COUNSEL**<br><br><br>Judge:  Hon. Dale A. Drozd<br>Referred to:  Magistrate Judge Sheila K. Oberto |

Defendants TRANQUILLITY IRRIGATION DISTRICT; PACHECO WATER DISTRICT; MERCY SPRINGS WATER DISTRICT; EAGLE FIELD WATER DISTRICT; LAGUNA WATER DISTRICT; FRESNO SLOUGH WATER DISTRICT hereby designate the following attorney from Baker Manock & Jensen as lead counsel for service in this action:

///

Joseph M. Marchini
Baker Manock & Jensen PC
5260 N. Palm Avenue, Suite 201
Fresno CA 93704
Telephone:  (559) 432-5400
Email:  jmarchini@bakermanock.com

Jessica Johnson remains as co-counsel in this matter for defendants TRANQUILLITY IRRIGATION DISTRICT; PACHECO WATER DISTRICT; MERCY SPRINGS WATER DISTRICT; EAGLE FIELD WATER DISTRICT; LAGUNA WATER DISTRICT; FRESNO SLOUGH WATER DISTRICT.

DATED:  February 28, 2022        BAKER MANOCK & JENSEN, PC

By: _____/s/ Joseph M. Marchini_____
Joseph M. Marchini
Lauren D. Layne
Gabriel A. Delgado
Jessica S. Johnson
Attorneys for Defendants TRANQUILLITY IRRIGATION DISTRICT; PACHECO WATER DISTRICT; MERCY SPRINGS WATER DISTRICT; EAGLE FIELD WATER DISTRICT; LAGUNA WATER DISTRICT; FRESNO SLOUGH WATER DISTRICT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February, 2022, I electronically filed the foregoing **DESIGNATION OF LEAD COUNSEL** with the Clerk of the Court using the CM/ECF system which will send automatically transmit notifications to, and effects service upon, all counsel subscribed to receive notice of filings in this action.

/s/ Janice L. Lewis
Janice L. Lewis