STEPHAN C. VOLKER (CSB #63093)
ALEXIS E. KRIEG (CSB #254548)
STEPHANIE L. CLARKE (CSB #257961)
JAMEY M.B. VOLKER (CSB #273544)
LAW OFFICES OF STEPHAN C. VOLKER
1633 University Avenue
Berkeley, California 94703
Tel:   510/496-0600
Fax:   510/845-1255

Attorneys for Plaintiffs
NORTH COAST RIVERS ALLIANCE, CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE, PACIFIC
COAST FEDERATION OF FISHERMEN'S
ASSOCIATIONS, SAN FRANCISCO CRAB BOAT
OWNERS ASSOCIATION, INC., and INSTITUTE
FOR FISHERIES RESOURCES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, and UNITED STATES BUREAU OF RECLAMATION,<br><br>Defendants,<br><br>WESTLANDS WATER DISTRICT, SAN LUIS WATER DISTRICT, and PANOCHE WATER DISTRICT,<br><br>Intervenor-Defendants. | Civ. No. 16-cv-307-DAD-SKO<br><br>**STIPULATION ACCEPTING ELECTRONIC SERVICE OF SUMMONS AND PLAINTIFFS' THIRD AMENDED AND SUPPLEMENTAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF ON ENUMERATED DEFENDANTS AND EXTENDING BY 60 DAYS THEIR TIME TO FILE RESPONSIVE PLEADING**<br><br>**AND**<br><br>**ORDER THEREON**<br><br>**(Doc. 184)**<br><br>Judge Dale A. Drozd |

1   Pursuant to Local Rule 144, Plaintiffs North Coast Rivers Alliance, California Sportfishing Protection Alliance, Pacific Coast Federation of Fishermen's Associations, San Francisco Crab Boat Owners Association, Inc., and Institute for Fisheries Resources (collectively, "Plaintiffs") and Defendants 4-M Water District, Bella Vista Water District, Centerville Community Services District, City of Shasta Lake, Clear Creek Community Services District, Colusa County Water District, Corning Water District, Cortina Water District, County of Colusa, Davis Water District, Dunnigan Water District, Glenn Valley Water District, Glide Water District, Holthouse Water District, Kanawha Water District, LaGrande Water District, Mountain Gate Community Services District, Myers-Marsh Mutual Water Company, Proberta Water District, Sacramento Municipal Utility District, and Shasta Community Services District (collectively, "Enumerated Defendants") by and through undersigned counsel, do jointly stipulate that Enumerated Defendants have accepted electronic service of the Summons and Plaintiffs' Third Amended and Supplemental Complaint for Declaratory and Injunctive Relief ("TASC") as of January 31, 2022, and that the deadline for Enumerated Defendants to file their pleadings responsive to the TASC is extended by 60 days to April 22, 2022.  In support of this Stipulation and its requested extension, Plaintiffs and Enumerated Defendants state as follows:

1.   Plaintiffs filed their Third Amended and Supplemental Complaint for Declaratory and Injunctive Relief ("TASC") with the Court on December 1, 2021.  Dkt. No. 156.  The TASC added new defendant parties to the litigation, including Enumerated Defendants.  The civil Summonses were issued to Enumerated Defendants on December 3, 2021.  Dkt. Nos. 157-168.

2.   On January 31, 2022, counsel for Plaintiffs requested that Enumerated Defendants waive personal service of the Summons and TASC and accept electronic service through their counsel of record.  The Enumerated Defendants agreed to accept electronic service of the Summons and the TASC in exchange for Plaintiffs' agreement to

extend by 60 days the time for Enumerated Defendants to file pleadings responsive to the TASC.

3. Accordingly, Plaintiffs and Enumerated Defendants hereby agree that Enumerated Defendants were served with the Summons and the TASC as on January 31, 2022, and that the deadline for Enumerated Defendants to file their pleadings responsive to the TASC is extended by 60 days from February 21, 2022 to April 22, 2022.

4. The Enumerated Defendants and each of them shall have to April 22, 2022, to file an answer or to otherwise respond to Plaintiffs' TASC.

Respectfully submitted,

DATED: March 4, 2022

    LAW OFFICES OF
    STEPHAN VOLKER

    By: */s/ Stephan C. Volker*
        STEPHAN C. VOLKER
        Attorneys for Plaintiffs

DATED: March 14, 2022

    DOWNEY BRAND LLP

    By: */s/ Rebecca Smith*
        REBECCA SMITH
        Attorneys for Enumerated Defendants

# ORDER

GOOD CAUSE APPEARING from the Parties' above Stipulation (Doc. 184),

IT IS ORDERED THAT:

1. THE ABOVE ENUMERATED DEFENDANTS WERE SERVED WITH THE SUMMONS AND PLAINTIFFS' THIRD AMENDED AND SUPPLEMENTAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF ("TASC") ON JANUARY 31, 2022; and

2. THE DEADLINE FOR THE ABOVE ENUMERATED DEFENDANTS TO FILE THEIR PLEADINGS RESPONSIVE TO PLAINTIFFS' TASC IS EXTENDED BY 60 DAYS TO APRIL 22, 2022.

IT IS SO ORDERED.

Dated:  **March 16, 2022**                         */s/ Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE