1  SCOTT A. MORRIS, State Bar No. 172071
   *smorris@kmtg.com*
2  WILLIAM T. CHISUM, State Bar No. 142580
   *wchisum@kmtg.com*
3  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   1331 Garden Hwy, 2nd Floor
4  Sacramento, California 95833
   Telephone: (916) 321-4500
5  Facsimile:  (916) 321-4555

6  Attorneys for Defendant
   SAN BENITO COUNTY WATER DISTRICT
7

8                 **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10                          **FRESNO DIVISION**

| | |
|---|---|
| 11  NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES,<br><br>                 Plaintiffs,<br><br>         v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES BUREAU OF RECLAMATION, CITY OF FOLSOM; CITY OF ROSEVILLE; EAST BAY MUNICIPAL UTILITY DISTRICT; PLACER COUNTY WATER AGENCY; SACRAMENTO COUNTY WATER AGENCY; SACRAMENTO MUNICIPAL UTILITY DISTRICT; SAN JUAN WATER DISTRICT; WESTLANDS WATER DISTRICT DISTRIBUTION DISTRICT NO. 1; WESTLANDS WATER DISTRICT DISTRIBUTION DISTRICT NO. 2; WESTLANDS WATER DISTRICT FINANCING CORPORATION; CITY OF WEST SACRAMENTO; CITY OF SHASTA LAKE; MOUNTAIN GATE COMMUNITY SERVICES DISTRICT; SHASTA COMMUNITY SERVICES DISTRICT; SHASTA COUNTY WATER AGENCY; CITY OF REDDING; 4-M WATER DISTRICT; BELLA VISTA WATER | Case No. 16-cv-307-DAD-SKO<br><br>**ORDER EXTENDING TIME FOR SAN BENITO COUNTY WATER DISTRICT TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' THIRD AMENDED AND SUPPLEMENTAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>(Doc. 187) |

| | |
|---|---|
| 1 | DISTRICT; COLUSA COUNTY WATER DISTRICT; CORNING WATER DISTRICT; CORTINA WATER DISTRICT; DUNNIGAN WATER DISTRICT; GLIDE WATER DISTRICT; KANAWHA WATER DISTRICT; LA GRANDE WATER DISTRICT; STONY CREEK WATER DISTRICT; CENTERVILLE COMMUNITY SERVICES DISTRICT; CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT; DAVIS WATER DISTRICT; DEL PUERTO WATER DISTRICT; GLENN VALLEY WATER DISTRICT; MYERS-MARSH MUTUAL WATER COMPANY; ORLAND-ARTOIS WATER DISTRICT; STOCKTON EAST WATER DISTRICT; WESTSIDE WATER DISTRICT; BANTA-CARBONA IRRIGATION DISTRICT; BYRON BETHANY IRRIGATION DISTRICT; EAGLE FIELD WATER DISTRICT; FRESNO SLOUGH WATER DISTRICT; HOLTHOUSE WATER DISTRICT; JAMES IRRIGATION DISTRICT; PROBERTA WATER DISTRICT; RECLAMATION DISTRICT 1606; THE WEST SIDE IRRIGATION DISTRICT; TRANQUILITY IRRIGATION DISTRICT; WEST STANISLAUS IRRIGATION DISTRICT; PATTERSON IRRIGATION DISTRICT; TRANQUILITY PUBLIC UTILITY DISTRICT; CLEAR CREEK COMMUNITY SERVICES DISTRICT; CONTRA COSTA WATER DISTRICT; PACHECO WATER DISTRICT; COUNTY OF COLUSA; EL DORADO IRRIGATION DISTRICT; PANOCHE WATER DISTRICT; CITY OF AVENAL; CITY OF COALINGA; CITY OF HURON; SAN BENITO COUNTY WATER DISTRICT; MERCY SPRINGS WATER DISTRICT; CITY OF LINDSAY; CITY OF ORANGE COVE; CITY OF TRACY; COUNTY OF FRESNO; COUNTY OF MADERA; COUNTY OF TULARE; HILLS VALLEY IRRIGATION DISTRICT; INTERNATIONAL WATER DISTRICT; KERN-TULARE WATER DISTRICT; LAGUNA WATER DISTRICT; LOWER TULE RIVER IRRIGATION DISTRICT; PIXLEY IRRIGATION DISTRICT; THE COEHLO FAMILY TRUST; and TRI VALLEY WATER DISTRICT,<br><br>                    Defendants. | |

2

STIPULATION AND ORDER EXTENDING TIME FOR SAN BENITO COUNTY WATER DISTRICT TO FILE RESPONSIVE PLEADING

ORDER

Pursuant to Plaintiffs' and Defendant San Benito County Water District's stipulation (Doc. 187), IT IS HEREBY ORDERED that the deadline for Defendant San Benito County Water District to file an answer or to otherwise respond to Plaintiffs' Third Amended and Supplemental Complaint for Declaratory and Injunctive Relief is extended to April 29, 2022.

IT IS SO ORDERED.

Dated: **March 21, 2022**         /s/ *Sheila K. Oberto*
                    UNITED STATES MAGISTRATE JUDGE