**[Exempt From Filing Fee Government Code § 6103]**

ERIC N. ROBINSON, State Bar No. 191781
*erobinson@kmtg.com*
WILLIAM T. CHISUM, State Bar No. 142580
*wchisum@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile:  (916) 321-4555

Attorneys for Defendant,
CITY OF WEST SACRAMENTO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES BUREAU OF RECLAMATION, CITY OF FOLSOM; CITY OF ROSEVILLE; EAST BAY MUNICIPAL UTILITY DISTRICT; PLACER COUNTY WATER AGENCY; SACRAMENTO COUNTY WATER AGENCY; SACRAMENTO MUNICIPAL UTILITY DISTRICT; SAN JUAN WATER DISTRICT; WESTLANDS WATER DISTRICT DISTRIBUTION DISTRICT NO. 1; WESTLANDS WATER DISTRICT DISTRIBUTION DISTRICT NO. 2; WESTLANDS WATER DISTRICT FINANCING CORPORATION; CITY OF WEST SACRAMENTO; CITY OF SHASTA LAKE; MOUNTAIN GATE COMMUNITY SERVICES DISTRICT; SHASTA COMMUNITY SERVICES DISTRICT; SHASTA COUNTY WATER AGENCY; CITY OF REDDING; 4-M WATER DISTRICT; BELLA VISTA WATER | Case No. 16-cv-307-DAD-SKO<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR CITY OF WEST SACRAMENTO TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' THIRD AMENDED AND SUPPLEMENTAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

DISTRICT; COLUSA COUNTY WATER DISTRICT; CORNING WATER DISTRICT; CORTINA WATER DISTRICT; DUNNIGAN WATER DISTRICT; GLIDE WATER DISTRICT; KANAWHA WATER DISTRICT; LA GRANDE WATER DISTRICT; STONY CREEK WATER DISTRICT; CENTERVILLE COMMUNITY SERVICES DISTRICT; CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT; DAVIS WATER DISTRICT; DEL PUERTO WATER DISTRICT; GLENN VALLEY WATER DISTRICT; MYERS-MARSH MUTUAL WATER COMPANY; ORLAND-ARTOIS WATER DISTRICT; STOCKTON EAST WATER DISTRICT; WESTSIDE WATER DISTRICT; BANTA-CARBONA IRRIGATION DISTRICT; BYRON BETHANY IRRIGATION DISTRICT; EAGLE FIELD WATER DISTRICT; FRESNO SLOUGH WATER DISTRICT; HOLTHOUSE WATER DISTRICT; JAMES IRRIGATION DISTRICT; PROBERTA WATER DISTRICT; RECLAMATION DISTRICT 1606; THE WEST SIDE IRRIGATION DISTRICT; TRANQUILITY IRRIGATION DISTRICT; WEST STANISLAUS IRRIGATION DISTRICT; PATTERSON IRRIGATION DISTRICT; TRANQUILITY PUBLIC UTILITY DISTRICT; CLEAR CREEK COMMUNITY SERVICES DISTRICT; CONTRA COSTA WATER DISTRICT; PACHECO WATER DISTRICT; COUNTY OF COLUSA; EL DORADO IRRIGATION DISTRICT; CITY OF AVENAL; CITY OF COALINGA; CITY OF HURON; SAN BENITO COUNTY WATER DISTRICT; MERCY SPRINGS WATER DISTRICT; CITY OF LINDSAY; CITY OF ORANGE COVE; CITY OF TRACY; COUNTY OF FRESNO; COUNTY OF MADERA; COUNTY OF TULARE; HILLS VALLEY IRRIGATION DISTRICT; INTERNATIONAL WATER DISTRICT; KERN-TULARE WATER DISTRICT; LAGUNA WATER DISTRICT; LOWER TULE RIVER IRRIGATION DISTRICT; PIXLEY IRRIGATION DISTRICT; THE COEHLO FAMILY TRUST; and TRI VALLEY WATER DISTRICT,

   Defendants,

2193525.1  7203-547

2

STIPULATION AND ORDER EXTENDING TIME FOR CITY OF WEST SACRAMENTO TO FILE RESPONSIVE PLEADING

1  WESTLANDS WATER DISTRICT, SAN
LUIS WATER DISTRICT, and PANOCHE
2  WATER DISTRICT,

3           Intervenor-Defendants.

4

5        Pursuant to Local Rule 144, Plaintiffs NORTH COAST RIVERS ALLIANCE,
6  CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION
7  OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS
8  ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES (collectively,
9  "Plaintiffs") and Defendant CITY OF WEST SACRAMENTO ("West Sacramento"), by and
10 through the undersigned counsel, do jointly stipulate that the deadline for Defendant West
11 Sacramento to respond to Plaintiffs' Third Amended and Supplemental Complaint for Declaratory
12 and Injunctive Relief be continued to April 29, 2022. This is the first requested extension of this
13 deadline. In support of the requested extension, Plaintiffs and Defendant West Sacramento state as
14 follows:

15      1.     Plaintiffs filed the Third Amended and Supplemental Complaint for Declaratory and
16 Injunctive Relief ("TASC") with the Court on December 1, 2021. (Dkt. No. 156.) The TASC added
17 new defendant parties to the litigation, including Defendant West Sacramento. The Court issued the
18 civil summons to Plaintiffs on December 3, 2021. (Dkt. No. 160.)

19      2.     On or about January 31, 2022, counsel for Plaintiffs requested Defendant West
20 Sacramento waive personal service of the summons and TASC and accept service through its
21 counsel of record. Defendant West Sacramento agreed to accept electronic service of the summons
22 and TASC.

23      3.     The Parties agreed to extend the time for Defendant West Sacramento to file a
24 responsive pleading to April 29, 2022. This date is consistent with the time allowed for Defendant
25 West Sacramento to respond pursuant to the waiver of personal service provisions of Rule 4(d) of
26 the Federal Rules of Civil Procedure.

27      4.     The Parties have not requested, and the Court has not granted, any prior extensions
28 of time for Defendant West Sacramento to file a responsive pleading.

5. Defendant West Sacramento shall have to, and including, April 29, 2022 to file an answer or to otherwise respond to Plaintiffs' TASC.

DATED: March 30, 2022       LAW OFFICES OF STEPHAN VOLKER

By: _____
Stephan C. Volker
Attorneys for Plaintiffs NORTH COAST RIVER ALLIANCE, ET AL.

DATED: March 29, 2022       KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: _____/s/ Eric N. Robinson_____
Eric N. Robinson
Attorneys for Defendant,
CITY OF WEST SACRAMENTO

## ORDER

Pursuant to Plaintiffs' and Defendant City of West Sacramento's above stipulation, IT IS HEREBY ORDERED that the deadline for Defendant City of West Sacramento to file an answer or to otherwise respond to Plaintiffs' Third Amended and Supplemental Complaint for Declaratory and Injunctive Relief is extended to, and including, April 29, 2022.

DATED: _____

_____
United States Magistrate Judge