UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL., <br><br> Defendants, | CASE NO.  1:16-cv-00307-JLT-SKO <br><br><br> **[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO STAY** <br><br><br><br> DISTRICT JUDGE JENNIFER L. THURSTON <br><br> MAGISTRATE JUDGE S. OBERTO |

The matter is before the court on the Federal Defendants' motion to stay.  A district court has discretion to stay litigation pursuant to its inherent power to control its own docket.  *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).  "[A] trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case." *Mediterranean Enterprises, Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983) (citations omitted).  In determining whether to grant a stay, courts in the Ninth Circuit weigh the "competing interests which will be affected by the granting or refusal to grant a stay," including:

> [1] the possible damage which may result from the granting of a stay, [2] the hardship or inequity which a party may suffer in being required to go forward, and [3] the orderly

course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay.

*Lockyer v Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005) (quoting *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)).

Here, considering the pending summary judgment motions in *Center for Biological Diversity et al. v. United States Dept. of the Interior et. al.*, 1:20-cv-706-JLT-EPG ("*CBD*"), a stay is appropriate.

Accordingly, it is hereby ORDERED that:

1. The Federal Defendants' motion to stay is GRANTED;

2. This matter is STAYED until the Court issues an order on the summary judgment motions in the *CBD* case.

IT IS SO ORDERED.

Dated:_____   _____
JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE