STEPHAN C. VOLKER (CSB #63093)
ALEXIS E. KRIEG (CSB #254548)
STEPHANIE L. CLARKE (CSB #257961)
JAMEY M.B. VOLKER (CSB #273544)
LAW OFFICES OF STEPHAN C. VOLKER
1633 University Avenue
Berkeley, California 94703
Tel:    510/496-0600
Fax:   510/845-1255

Attorneys for Plaintiffs
NORTH COAST RIVERS ALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, SAN FRANCISCO CRAB BOAT OWNERS ASSOCIATION, INC., and INSTITUTE FOR FISHERIES RESOURCES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL., <br><br> Defendants. | CASE NO. 1:16-cv-00307-JLT-SKO <br><br> **STIPULATION REGARDING CASE DEADLINES; ORDER** <br><br> **(Doc. 222)** <br><br> DISTRICT JUDGE JENNIFER L. THURSTON <br><br> MAGISTRATE JUDGE S. OBERTO |

Pursuant to the Court's August 15, 2022 Minute Order (ECF No. 219), Plaintiffs North Coast Rivers Alliance, et al., and Defendants United States Department of the Interior, et al., Del Puerto Water District, James Irrigation District, Reclamation District 1606, Hills Valley Irrigation District, and Kern-Tulare Water District, City of Shasta Lake, Mountain Gate Community Services District, Shasta Community Services District, 4-M Water District, Bella Vista Water District, Colusa County Water District, Corning Water District, Cortina Water District, Dunnigan Water District, Glide Water District, Kanawha Water District, Le Grande

1  Water District, Centerville Community Services District, Davis Water District, Glenn Valley
2  Water District, Myers-Marsh Mutual Water Company, Holthouse Water District, Proberta
3  Water District, Clear Creek Community Services District, County of Colusa, City of Avenal,
4  Eagle Field Water District, Fresno Slough Water District, Tranquillity Irrigation District,
5  Mercy Springs Water District, Pacheco Water District, and Laguna Water District, City of
6  West Sacramento, Westlands Water District, San Luis Water District, Panoche Water District,
7  Byron Bethany Irrigation District, Placer County Water Agency, Sacramento County Water
8  Agency, City of Redding, East Bay Municipal Utility District, County of Fresno, International
9  Water District, San Juan Water District, Central San Joaquin Water Conservation District,
10 Stockton East Water District, Banta-Carbona Irrigation District, West Stanislaus Irrigation
11 District, Patterson Irrigation District, Tulare County, and San Benito County Water District
12 have conferred regarding further deadlines in this matter.  The Parties have reached the
13 following stipulation:

    1.  The United States shall file the certified administrative record ("Record") on October 21, 2022.

    2.  The Parties shall have until November 21, 2022, to suggest, in writing, additions to the Record.

    3.  The Parties shall attempt to resolve any issues regarding the content or completeness of the Record informally.  In the event that the Parties cannot resolve issues regarding the Record informally, a Party may file a motion challenging the content or completeness of the Record.

    4.  On or before December 9, 2022, the Parties shall inform the Court that (a) the Record is agreed upon and complete, and will submit a proposed briefing schedule, or (b) a Party shall file objections to or a motion to supplement the Record.

    5.  If necessary, the United States shall respond to any objections/motions to the Record by December 23, 2022.

6. Upon either agreement as to the completeness of the Record or the Court's decision as to any motions filed pursuant to paragraph 4(b) above, the Parties shall have 14 days to submit a proposed briefing schedule to the Court.

Amendments to this scheduling order may be approved upon a showing of good cause.

APPROVED BY:

TODD KIM, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Jeffrey N. Candrian* (as authorized on August 25, 2022)
JEFFREY N. CANDRIAN
Attorney for the U.S. Department of the Interior,
U.S. Bureau of Reclamation

LAW OFFICES OF STEPHAN C. VOLKER

*/s/ Stephan C. Volker*
STEPHAN C. VOLKER
Attorney for Plaintiffs North Coast Rivers Alliance, et al.

DOWNEY BRAND LLP

*/s/ Rebecca Smith* (as authorized on August 25, 2022)
REBECCA SMITH
Attorney for City of Shasta Lake, Mountain Gate Community Services District, Shasta Community Services District, 4-M Water District, Bella Vista Water District, Colusa County Water District, Corning Water District, Cortina Water District, Dunnigan Water District, Glide Water District, Kanawha Water District, Le Grande Water District, Centerville Community Services District, Davis Water District, Glenn Valley Water District, Myers-Marsh Mutual Water Company, Holthouse Water District, Proberta Water District, Clear Creek Community Services District, County of Colusa.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Cynthia J. Larsen* (as authorized on August 25, 2022)
CYNTHIA J. LARSEN
Attorney for Westlands Water District

HERUM/CRABTREE/SUNTAG LLP

*/s/ Jeanne M. Zolezzi* (as authorized on August 25, 2022)
JEANNE M. ZOLEZZI
Attorney for Banta-Carbona Irrigation District, Central San Joaquin Water Conservation District, Patterson Irrigation District, Stockton East Water District, West Stanislaus Irrigation District

WELTY WEAVER & CURRIE, PC

/s/ *Philip A. Williams* (as authorized on August 25, 2022)
PHILIP A. WILLIAMS
Attorney for Panoche Water District and International Water District

DANIEL C. CEDERBORG, County Counsel

/s/ *Kyle Roberson* (as authorized on August 25, 2022)
KYLE ROBERSON, Deputy County Counsel
Attorney for Defendant COUNTY OF FRESNO

PUBLIC INTEREST LAW FIRM APC

/s/ *Moses Diaz* (as authorized on August 25, 2022)
MOSES DIAZ, City Attorney
Attorneys for CITY OF AVENAL

BAKER, MANOCK & JENSEN, P.C.

/s/ *Joseph M. Marchini* (as authorized on August 26, 2022)
JOSEPH M. MARCHINI
Attorneys for Eagle Field Water District, Mercy Springs Water District, Tranquillity Irrigation District, Fresno Slough Water District, Pacheco Water District, and Laguna Water District.

COUNTY OF TULARE

/s/ *Paula C. Clark* (as authorized on August 26, 2022)
PAULA C. CLARK, Deputy County Counsel
Attorney for Defendant TULARE COUNTY

Stoel Rives LLP

/s/ *Kristen T. Castanos* (as authorized on August 26, 2022)
ELIZABETH P. EWENS
KRISTEN T. CASTANOS
Attorneys for Defendant
SAN JUAN WATER DISTRICT

SOMACH SIMMONS & DUNN
A Professional Corporation

/s/ *Aaron A. Ferguson* (as authorized on August 26, 2022)
AARON A. FERGUSON
Attorneys for Byron-Bethany Irrigation District, East Bay Municipal Utility District, Placer County Water Agency, Sacramento County Water Agency, and City of Redding

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

*/s/ Eric N. Robinson* (as authorized on August 26, 2022)
Eric N. Robinson
Attorneys for Defendant
CITY OF WEST SACRAMENTO


KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

*/s/ William T. Chisum* (as authorized on August 26, 2022)
William T. Chisum
Attorneys for Defendant
SAN BENITO COUNTY WATER DISTRICT


DUANE MORRIS LLP

*/s/ Thomas M. Berliner* (as authorized on August 29, 2022)
THOMAS M. BERLINER
JOLIE-ANNE S. ANSLEY
Attorneys for Intervenor-Defendant
SAN LUIS WATER DISTRICT


THE LAW OFFICES OF YOUNG WOOLDRIDGE, LLP

*/s/ Alan F. Doud* (as authorized on August 26, 2022)
ALAN F. DOUD
Attorney for Del Puerto Water District, James Irrigation District, Reclamation District 1606, Hills Valley Irrigation District, and Kern-Tulare Water District

**ORDER**

GOOD CAUSE APPEARING from the Parties' foregoing Stipulation (Doc. 222), the Court hereby ADOPTS the case deadlines as set forth above.

IT IS SO ORDERED.

Dated: __**September 1, 2022**__          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE