STEPHAN C. VOLKER (CSB #63093)
ALEXIS E. KRIEG (CSB #254548)
STEPHANIE L. CLARKE (CSB #257961)
JAMEY M.B. VOLKER (CSB #273544)
LAW OFFICES OF STEPHAN C. VOLKER
1633 University Ave.
Berkeley, CA 94703
Telephone: (510) 496-9600
Fax: (510) 845-1255

Attorneys for Plaintiffs
NORTH COAST RIVERS ALLIANCE, CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE, PACIFIC
COAST FEDERATION OF FISHERMEN'S
ASSOCIATIONS, SAN FRANCISCO CRAB BOAT
OWNERS ASSOCIATION, INC., and INSTITUTE
FOR FISHERIES RESOURCES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL.,<br><br>Defendants, | CASE NO. 1:16-cv-00307-JLT-SKO<br><br>**STIPULATION REGARDING CASE DEADLINES; ORDER**<br><br>**(Doc. 227)**<br><br>DISTRICT JUDGE JENNIFER L. THURSTON<br>MAGISTRATE JUDGE S. OBERTO |

Pursuant to the Court's September 1, 2022 Order (ECF No. 223), Plaintiffs and Defendants United States, Del Puerto Water District, James Irrigation District, Reclamation District 1606, Hills Valley Irrigation District, and Kern-Tulare Water District, City of Shasta Lake, Mountain Gate Community Services District, Shasta Community Services District, 4-M Water District, Bella Vista Water District, Colusa County Water District, Corning Water District, Cortina Water District, Dunnigan Water District, Glide Water District, Kanawha Water District, Le Grande Water District, Centerville

Community Services District, Davis Water District, Glenn Valley Water District, Myers-Marsh Mutual Water Company, Holthouse Water District, Proberta Water District, Clear Creek Community Services District, County of Colusa,  Eagle Field Water District, Fresno Slough Water District, Tranquility Irrigation District, Mercy Springs Water District, Pacheco Water District, and Laguna Water District, City of West Sacramento, Westlands Water District, Westlands Water District Distribution District No. 1, Westlands Water District Distribution District No. 2,  San Luis Water District, Panoche Water District, Byron Bethany Irrigation District, Placer County Water Agency, Sacramento County Water Agency, City of Redding, East Bay Municipal Utility District, County of Fresno, International Water District, San Juan District, Central San Joaquin Water Conservation District, Stockton East Water District, Banta-Carbona Irrigation District, West Stanislaus Irrigation District, Patterson Irrigation District, Tulare County, and San Benito County Water District have conferred regarding further deadlines in this matter.  The Parties stipulate and jointly request that the Court enter the following Order:

1. The Administrative Record, lodged by the United States on October 21, 2022, is complete.  The United States will add Bates numbers to the Administrative Record and will provide access to the Administrative Record to the Parties and the Court on or before December 23, 2022.

2. Plaintiffs will file their Motion for Summary Judgment on or before February 10, 2023. Federal Defendants will file their Opposition to Plaintiffs' Motion for Summary Judgment and Federal Defendants' own Cross-Motion for Summary Judgment (if any) on or before March 31, 2023; Contractor Defendants will file their Oppositions and Cross-Motions for Summary Judgment (if any) on or before April 21, 2023; Plaintiffs will file their Reply in support of their Motion and Opposition to the Cross-Motions on or before June 9, 2023; Federal Defendants will file their Reply in support of their Cross-Motion on or before June 30, 2023; and Contractor Defendants will file their Replies in support of the Cross-Motions on or before July 14, 2023.

3. The page limit for Plaintiffs' Reply in support of their Motion and Opposition to any Cross-Motions, which will be filed concurrently as one brief, may be equal to the combined number of pages of Federal Defendants' and Contractor Defendants' Oppositions to Plaintiffs' Motion for Summary Judgment and any Cross-Motions for Summary Judgment (briefing pages as used herein does not include caption, table of contents, or table of authorities pages).

4. Pursuant to the Court's August 12, 2022 Order Denying Federal Defendants' Motion for Stay, "Plaintiffs have agreed to adopt the briefing filed by the plaintiffs in *CBD* on the matters covered by the motions pending there. (Doc. 215.)" ECF No. 218 at 5-6.  The Court denied Federal Defendants' Motion to Stay "on the condition that Plaintiffs abide by their commitment to avoid duplicative briefing on those claims that overlap with the claims in the *CBD* case." *Id*. at 7.  Therefore, summary judgment briefing in this case will be limited to the third and fourth claims in Plaintiffs' Third Amended and Supplemental Complaint for Declaratory Relief, which do not overlap with the claims in the *CBD* case.

5. The hearing date for the Motion for Summary Judgment and Cross-Motions for Summary Judgment be set for Thursday, August 3, 2023, but will only occur if the Court deems it necessary. Pursuant to the Court's Standing Order, the Parties assume the motions described above will be submitted for decision on the papers without oral argument.

6. The undersigned counsel for the Federal Defendants have notified counsel for all Contractor Defendants appearing in this action of this Stipulation and did not receive any objection.

APPROVED BY:

TODD KIM, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/ *Jeffrey N. Candrian* (*as authorized on 12/9/22*)
JEFFREY N. CANDRIAN
Attorney for the U.S. Department of the Interior,
U.S. Bureau of Reclamation
LAW OFFICES OF STEPHAN C. VOLKER

/s/ *Stephan C. Volker*
STEPHAN C. VOLKER
Attorney for Plaintiffs North Coast Rivers Alliance, et al.

DOWNEY BRAND LLP

/s/ *Rebecca Smith (as authorized on 12/9/22)*
REBECCA SMITH
Attorney for City of Shasta Lake, Mountain Gate Community Services District, Shasta Community Services District, 4-M Water District, Bella Vista Water District, Colusa County Water District, Corning Water District, Cortina Water District, Dunnigan Water District, Glide Water District, Kanawha Water District, Le Grande Water District, Centerville Community Services District, Davis Water District, Glenn Valley Water District, Myers-Marsh Mutual Water Company, Holthouse Water District, Proberta Water District, Clear Creek Community Services District, County of Colusa.

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ *Cynthia J. Larsen (as authorized on 12/9/22)*
CYNTHIA J. LARSEN
Attorney for Westlands Water District, Westlands District Distribution District No. 1, Westlands Water District Distribution District No. 2

WELTY WEAVER & CURRIE, PC

/s/ *Philip Williams (as authorized on 12/9/22)*
PHILIP A. WILLIAMS
Attorney for Panoche Water District and International Water District

DANIEL C. CEDERBORG, County Counsel

*/s/ Kyle Robertson (as authorized on 12/9/22)*
KYLE ROBERSON, Deputy County Counsel
Attorney for Defendant COUNTY OF FRESNO

BAKER, MANOCK & JENSEN, P.C.

*/s/ Joseph M. Marchini (as authorized on 12/9/22)*
JOSEPH M. MARCHINI
Attorneys for Eagle Field Water District, Mercy Springs Water District, Tranquillity Irrigation District, Fresno Slough Water District, Pacheco Water District, and Laguna Water District.

COUNTY OF TULARE

*/s/ Paula C. Clark (as authorized on 12/9/22)*
PAULA C. CLARK, Deputy County Counsel
Attorney for Defendant TULARE COUNTY

Stoel Rives LLP

*/s/ Kristen T. Castanos (as authorized on 12/9/22)*
ELIZABETH P. EWENS
KRISTEN T. CASTANOS
Attorneys for Defendant
SAN JUAN WATER DISTRICT

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

*/s/ Eric N. Robinson (as authorized on 12/9/22)*
Eric N. Robinson
Attorneys for Defendant
CITY OF WEST SACRAMENTO

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

*/s/ William T. Chisum (as authorized on 12/9/22)*
William T. Chisum
Attorneys for Defendant
SAN BENITO COUNTY WATER DISTRICT

THE LAW OFFICES OF YOUNG WOOLDRIDGE, LLP

*/s/ Alan F. Doud (as authorized on 12/9/22)*
ALAN F. DOUD
Attorney for Del Puerto Water District, James Irrigation District, Reclamation District 1606, Hills Valley Irrigation District

**ORDER**

GOOD CAUSE APPEARING from the Parties' foregoing Stipulation (Doc. 227), the Court hereby ADOPTS the case deadlines as set forth above.

IT IS SO ORDERED.

Dated: __**December 13, 2022**__         _____/s/ *Sheila K. Oberto*_____
                                        UNITED STATES MAGISTRATE JUDGE