SOMACH SIMMONS & DUNN
A Professional Corporation
Andrew M. Hitchings (Bar No. 154554)
Ramsey L. Kropf (Co Bar No. 28706), *Pro Hac Vice*
Aaron A. Ferguson (Bar No. 271427)
Kelley M. Taber (Bar No. 184348)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
ahitchings@somachlaw.com
rkropf@somachlaw.com
aferguson@somachlaw.com
ktaber@somachlaw.com

Attorneys for Defendants East Bay Municipal Utility District; Placer County Water Agency; Sacramento County Water Agency; and City of Redding

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br>Defendants. | Case No. 1:16-cv-00307-JLT-SKO<br>**NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL KELLEY M. TABER** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Attorney Kelley M. Taber of Somach Simmons & Dunn APC hereby withdraws as counsel of record for Defendants (1) East Bay Municipal Utility District (EBMUD); (2) Placer County Water Agency (PCWA); (3) Sacramento County Water Agency (SCWA); and (4) City of Redding (Redding) in the above-captioned matter.

Somach Simmons & Dunn APC will continue to represent Defendants EBMUD, PCWA, SCWA, and Redding in this action. The following attorneys from Somach Simmons & Dunn APC remain as counsel of record and should continue to receive all future notices, pleadings, and correspondence:



SOMACH SIMMONS & DUNN
A Professional Corporation

SOMACH SIMMONS & DUNN
A Professional Corporation
Andrew M. Hitchings (Bar No. 154554)
Ramsey L. Kropf (Co Bar No. 28706), *Pro Hac Vice*
Aaron A. Ferguson (Bar No. 271427)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
ahitchings@somachlaw.com
rkropf@somachlaw.com
aferguson@somachlaw.com

Because Somach Simmons & Dunn and its remaining attorneys continue to actively represent Defendants EBMUD, PCWA, SCWA, and Redding, this individual withdrawal will not cause any delay, prejudice, or disruption to the proceedings.

We respectfully request that the Clerk of the Court remove Attorney Kelley M. Taber from the CM/ECF service list for this case.

DATED: September 3, 2026

SOMACH SIMMONS & DUNN, APC

*/s/ Kelley M. Taber*

By______________________________
Andrew M. Hitchings
Ramsey L. Kropf
Aaron A. Ferguson
Kelley M. Taber
Attorneys for Defendants East Bay Municipal Utility District; Placer County Water Agency; Sacramento County Water Agency; and City of Redding

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL KELLEY M. TABER** with the Clerk of the Court by using the CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Gloria Loomis*
By:________________________________
Gloria Loomis
Secretary to Kelley M. Taber,
Counsel for Defendants East Bay Municipal Utility District; Placer County Water Agency; Sacramento County Water Agency; and City of Redding

SOMACH SIMMONS & DUNN
A Professional Corporation